**MINUTE ENTRY**
**KNOWLES, M.J.**
**DECEMBER 12, 2018**

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2797** |
| **MARLIN GUSMAN, ET AL.** | **SECTION "G" (3)** |

On this date, the Motion to Withdraw Deemed Admissions Pursuant to F.R.C.P. 36(B) [Doc. #71] came on for oral hearing before the undersigned. Present were William Most on behalf of plaintiff and Blake Arcuri on behalf of various defendants. For the reasons stated on the record,

**IT IS ORDERED** that the Motion to Withdraw Deemed Admissions Pursuant to F.R.C.P. 36(B) [Doc. #71] is GRANTED. However, **no later than seven (7) days from the date of this Minute Entry**, defendants shall re-serve new responses to plaintiff's requests for admission after carefully considering their earlier responses to the requests.

**DANIEL E. KNOWLES, III**
**UNITED STATES MAGISTRATE JUDGE**

MJSTAR: 00:05