UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 2:17-cv-2797** |
| **MARLIN GUSMAN, CARMEN DESADIER, SIDNEY HOLT,** | * | **SECTION: "G" (3)** |
| **DJUANA BIERRIA, JAMES LEBLANC, TIMOTHY HOOPER,** | * | **JUDGE BROWN** |
| **CHRIS STINSON, LASALLE MANAGEMENT COMPANY, JOHN** | * | **MAG. JUDGE KNOWLES, III** |
| **DOES 1-10, and ABC INSURANCE COMPANIES 1-10** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \*    \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR STAY OF PROCEEDINGS

Pursuant to the Servicemembers Civil Relief Act (SCRA), 50 U.S.C. §§ 3901 et seq. and Louisiana Revised Statutes 29:402, undersigned counsel for Defendants Secretary James LeBlanc and Warden Robert Tanner, Scott G. Centorino, move this court for a five-month stay of proceedings. Counsel's ability to provide defense in this matter is materially affected by his military duties. Counsel is a First Lieutenant in the United States Army Reserve and has been ordered to active duty from January 21, 2019 to May 17, 2019.

Counsel for the other parties to this suit have been notified of this motion and have indicated that they do not object. This Motion is filed in advance of receiving active duty orders to give this Court as much notice as possible.

In support of this motion and in compliance with the SCRA, counsel has attached:

1. Active duty orders (To be filed subsequently once received as Exhibit A);

1

2. Appointment as a Reserve Commissioned Officer of the Army under Title 10, USC 12201 and 12203 (Exhibit B).

3. Letter to the Louisiana Department of Justice (Exhibit C).

**WHEREFORE,** the defendants pray that this court grants a stay of proceedings from January 21 until May 17, 2019 and such other relief as is just and proper.

                    Respectfully submitted,

                    **JEFF LANDRY**
                    **ATTORNEY GENERAL**

**BY:**    *s/Scott G. Centorino*
         **SCOTT G. CENTORINO (#36826)**
         **ASSISTANT ATTORNEY GENERAL**
         LOUISIANA DEPARTMENT OF JUSTICE
         LITIGATION DIVISION
         1450 Poydras Street, Suite 900
         New Orleans, Louisiana 70112
         Telephone:   (504) 599-1200
         Facsimile:    (504) 599-1212
         Email:         CentorinoS@ag.louisiana.gov

**CERTIFICATE OF SERVICE**

I hereby certify that on <u>December 28, 2018</u>, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.

      *s/Scott G. Centorino*
      **SCOTT G. CENTORINO**