UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY GRANT**                        **CIVIL ACTION**

**VERSUS**                              **NO: 17-2797**

**MARLIN GUSMAN, et al.**               **SECTION: "G" (3)**

## ORDER

The Court is in receipt of correspondence from counsel for Defendants James LeBlanc and Michael Keller.[1] Having been notified that counsel has returned from active duty with the United States Army,

**IT IS HEREBY ORDERED** that the stay in this matter is **LIFTED** and the case is restored to the Court's docket.

**IT IS FURTHER ORDERED** that the parties must contact the Court's case manager by June 7, 2019 to set a new trial date and corresponding deadlines.

**NEW ORLEANS, LOUISIANA**, this  3rd  day of June, 2019.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] *See* attached correspondence.



**Jeff Landry**
Attorney General

**State of Louisiana**
DEPARTMENT OF JUSTICE
LITIGATION DIVISION
NEW ORLEANS

1450 Poydras Street
Suite 900
New Orleans, LA 70112
TEL: (504) 599-1200
FAX: (504) 599-1212

May 30, 2019

**VIA EMAIL**
efile-brown@laed.uscourts.gov

The Honorable Nannette Jolivette Brown
United States District Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street, Room Room C256
New Orleans, LA 70130

Re: *Rodney Grant vs. Marlin Gusman et al*
USE No. 17-2797 "G" (3)
TPA No. 30177896387-0001

Dear Judge Brown,

Please accept this letter as notice that I have returned from active duty with the United States Army. I deeply appreciate the patience the Court and opposing counsel have demonstrated in this matter while I have been engaged in military training. During my final week of training, I was offered a position I felt compelled to accept. Therefore, my last day with the Louisiana Attorney General's Office will be June 4, 2019.

As such, the process for assigning new counsel has been initiated. Once new counsel is assigned, a motion to withdraw and enroll will be filed so that this suit may begin to move forward again. I apologize for any inconvenience this disruption caused but, again, very much appreciate everyone's support of my service.

Sincerely,

**JEFF LANDRY**
**ATTORNEY GENERAL**

SCOTT G. CENTORINO
ASSISTANT ATTORNEY GENERAL

SGC/egd
cc: William Brock Most, Esq. (*via email*)
Blake J. Arcuri, Esq. (*via email*)
Jason Clark, Sedgwick Examiner (*via email*)