UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT, | ) Case No. 17-cv-2797-NJB-DMD |
| Plaintiff, | ) Section "G" (3) |
| v. | ) |
| MARLIN GUSMAN, *et al.*, | ) Judge Brown |
| | ) Magistrate Judge Douglas |
| Defendants. | ) |

## JOINT STATUS UPDATE

**A.  THE PARTIES**

**Plaintiff represented by William Most**

Rodney Grant

**Orleans Parish Sheriff's Office ("OPSO") Defendants, represented by Blake Arcuri, Freeman Matthews, and Laura Rodrigue**

Marlin Gusman

Sidney Holt

Corey Amacker

**La. Department of Corrections ("DOC") Defendants represented by Jeffery A. "Beau" Wheeler, II, and Angela J. O'Brien**

James LeBlanc

Timothy Hooper

**B.  PENDING MOTIONS**

No motions are currently pending.

**C.  IMPORTANT DATES AND TRIAL**

1. Dates of Status Conferences:  **n/a**

2. Final Pretrial Conference:  **April 2, 2020, at 3:00 p.m.**

1

3. Trial is set for  **April 20, 2019**

4. This case is a  **jury**  trial.

5. Trial is expected to last  **3**  days.

**D.    UNDERLYING FACTUAL AND LEGAL ISSUES**

The basic factual background is as follows:

On June 27, 2016, Plaintiff Rodney Grant was arrested on an expired warrant. Three days later he plead guilty and Judge Camille Buras sentenced him to one year in DOC custody with "credit for time served from 9-14-08 thru 2015." Judge Buras asked OPSO attorney Blake Arcuri to expedite Mr. Grant's processing. Mr. Arcuri emailed Sheriff Gusman and others that Mr. Grant "really shouldn't have to actually serve any time once DOC processes it." Mr. Grant was transferred from OPSO custody to DOC custody on July 12, 2016.

Over the next few weeks, Judge Buras contacted several persons at OPSO and the DOC to see why Mr. Grant had not been released. On July 18, 2016, Judge Buras held a hearing where she vacated Mr. Grant's sentence and resentenced him to "CREDIT FOR TIME SERVED." On July 27, 2016, Mr. Grant was released.

Principle legal issues are as follows:

1. Whether Mr. Grant's detention after his sentencing was constitutional.
2. Whether Mr. Grant's detention after his sentencing violated state tort law.
3. Whether the Orleans Parish Sheriff's Office has a pattern or policy of overdentention because they retain custody of prisoners indefinitely until the DOC requests their transfer.
4. Whether Defendant LeBlanc acted with deliberate indifference to Mr. Grant's right to timely release from detention by failing to promulgate a policy for the DOC requiring the immediate calculation of prisoner's sentences, and by failing to adequately train and supervise his employees with regard to timely release.

5. Whether the DOC has a pattern or policy of overdetaining people.

6. Issues surrounding *respondeat superior* liability for the state law tort claims.

7. Whether the June 30, 2016 sentence received by Rodney Grant was illegal;

8. Whether the July 18, 2016 sentence received by Rodney Grant was illegal;

9. Whether the Orleans Parish Sheriff's Office had legal authority to release Rodney Grant after he was sentenced to the custody of the Department of Corrections; and

10. Whether an inmate who has received an illegally lenient sentence is entitled to release in violation of statutory law.

E. **REMAINING DISCOVERY**

The parties have exchanged written discovery, and several depositions have been taken. The parties expect that there will be some additional written discovery, and further depositions.

F. **SETTLEMENT**

Settlement negotiations have been discussed, but have not commenced in this case.

Respectfully submitted,

RODNEY GRANT, by and through his counsel,

/s/ William Most_____
WILLIAM MOST
La. Bar No. 36914
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
T: (504) 509-5023
Email: williammost@gmail.com

**CERTIFICATE OF SERVICE**

      I hereby certify that on September 17, 2019 a copy of the *Joint Status Report* was filed electronically with the Clerk of Court via the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                        _/s/William Most_____
                                                        William Most