UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER:  2:17-cv-2797** |
| **MARLIN GUSMAN, CARMEN DESADIER, SIDNEY HOLT,** | * | **SECTION: "G" (3)** |
| **DJUANA BIERRIA, JAMES LEBLANC, TIMOTHY HOOPER,** | * | **JUDGE BROWN** |
| **CHRIS STINSON, LASALLE MANAGEMENT COMPANY, JOHN** | * | **MAG. JUDGE DOUGLAS** |
| **DOES 1-10, and ABC INSURANCE COMPANIES 1-10** | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MEMORANDUM IN SUPPORT OF MOTION FOR LEAVE OF COURT TO FILE WITNESS & EXHIBIT LISTS

**NOW INTO COURT,** through undersigned counsel, come defendants, Secretary James LeBlanc and Warden Timothy Hooper, who hereby respectfully request leave from this Honorable Court to file their attached Witness & Exhibit Lists outside the scheduling order deadline in this matter.

Federal Rules of Civil Procedure Rule 16(b)(4) sets forth that a scheduling order may be modified "for good cause and with the judge's consent".[1] Further, the Fifth Circuit has set out a four-factor test for courts determining whether to grant a requested modification to a scheduling order, which considers: "'(1) the explanation for the failure to [timely file the motion]; (2) the importance of the [motion]; (3) potential prejudice in allowing the [motion]; and (4) the availability of a continuance to cure such prejudice.'"[2]

---

[1] USCS Fed Rules Civ Proc R 16
[2] *S&W Enters. v. Southtrust Bank of Ala.*, 315 F.3d 533, 536 (5th Cir. 2003)(citing *Reliance Ins. Co. v. La. Land & Exploration Co.*, 110 F.3d 253, 257 (5th Cir. 1997)(quoting *Geiserman v. Macdonald*, 893 F.2d 787, 791 (5th Cir. 1990))(emphasis added and internal bracket language modified for current motion).

In this instant matter, Defendants seek leave of Court to file their Witness & Exhibit List outside of the deadline. Specifically, the Scheduling Order set out February 3, 2020 as the deadline for filing all witness and exhibit lists into the record.[3] As to the first factor considered, undersigned counsel submits to the Court that while undersigned counsel reviewed and considered the Scheduling Order, he inadvertently notated an incorrect deadline. With respect to the second factor, Defendants submit that the Witness & Exhibit List that they seek to submit for consideration is vitally important to conducting a trial on the merits for this suit, and providing all parties with proper notice of which persons and documents will be utilized at trial.

With respect to the third and fourth factors, Defendants note that the Plaintiff would not be prejudiced by the Court granting leave to the Defendants to file their Witness and Exhibits Lists one day past the original February 3, 2020 deadline. Undersigned counsel attests that he noticed the error soon after counsel for plaintiff and co-defendant filed their witness and exhibit lists, and acted as quickly as possible to remedy the failure within twenty-four hours. All parties still have adequate time to examine the lists and conduct any necessary discovery before the deadline on February 20, 2020. As such, no continuance or other alterations will be required, and the parties may continue to adhere to all of the pre-trial deadlines.

**WHEREFORE**, Defendants respectfully request that this Honorable Court grant them leave to file the attached Defendants' Witness & Exhibit Lists into the record in this matter for this Honorable Court's consideration and determination.

                                          Respectfully submitted,

                                          **JEFF LANDRY**
                                          **ATTORNEY GENERAL**

                            BY:    */s/ Jeffery A. "Beau" Wheeler, II*

---

[3] Rec. Doc. 112

        Jeffery A. "Beau" Wheeler, II (Bar Roll #37546)
        Assistant Attorney General
        Louisiana Department of Justice
        Litigation Division, Civil Rights Section
        1450 Poydras Street, Suite 900
        New Orleans, Louisiana  70112
        Telephone:   (504) 599-1200
        Facsimile:    (504) 599-1212
        E-mail:       WheelerJ@ag.louisiana.gov

## **CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on the 4th day of February, 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system.  Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

        */s/ Jeffery A. "Beau" Wheeler, II*
        Jeffery A. "Beau" Wheeler, II (Bar Roll #37546)
        Assistant Attorney General