**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| RODNEY GRANT, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case No. 17-cv-2797-NJB-DMD |
| | ) |
| MARLIN GUSMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

**ORDER**

Considering Plaintiff's Motion for Leave to File a Memorandum in Excess of the Page Limitation,

**IT IS HEREBY ORDERED** that the Motion is **GRANTED**. Plaintiff may file the attached thirty-page memorandum in support of summary judgment into the record. The pleadings and exhibits attached to Plaintiff's motion shall also be entered into the record.

New Orleans, Louisiana, this ____7th____ day of February 2020.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**