## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 |
| **VERSUS** | | |
| | : | SECTION: "G" (3) |
| **MARLIN GUSMAN, ET AL.** | : | CHIEF JUDGE BROWN |
| | | MAG. JUDGE DOUGLAS |

*****************************************************************************

### NOTICE OF SUBMISSION

**To:**    All Counsel of Record on the CM/ECF system

**PLEASE TAKE NOTICE,** that the undersigned is hereby submitting the foregoing for decision by the Honorable Nannette Jolivette Brown, District Judge for the Eastern District of Louisiana, on the 26th day of February, 2020, at 10:00 A.M.

                                                Respectfully submitted,

                                                **JEFF LANDRY**
                                                **ATTORNEY GENERAL**

BY:    */s/ Jeffery A. "Beau" Wheeler, II*
           Jeffery A. "Beau" Wheeler, II (Bar Roll #37546)
           Assistant Attorney General
           Louisiana Department of Justice
           Litigation Division, Civil Rights Section
           1450 Poydras Street, Suite 900
           New Orleans, Louisiana  70112
           Telephone:    (504) 599-1200
           Facsimile:    (504) 599-1212
           E-mail:    WheelerJ@ag.louisiana.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 11th day of February, 2020, the foregoing was filed electronically with the Clerk of Court by using the CM/ECF system. Notice of this filing will be sent to all parties who participate in electronic filing by operation of the court's electronic filing system.

*/s/ Jeffery A. "Beau" Wheeler, II*
**Jeffery A. "Beau" Wheeler, II (Bar Roll #37546)**
Assistant Attorney General