CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page 1
SECTION "H"   Judge: THE HONORABLE CAMILLE BURAS
Minute Clerk: ANGELA HEISSER
Court Reporter: PHYLLIS JACOMET
Assist. D.A.: DIANA NETTERVILLE
CHRISTOPHER CORTEZ

Date: THURSDAY, June 30, 2016
Case Number: 417-717
State of Louisiana
versus
RODNEY J GRANT              Violation: RS 14 62.2

THE DEFENDANT, RODNEY J GRANT, APPEARED BEFORE THE COURT FOR ARRAIGNMENT.

THE DEFENDANT WAS NOT REPRESENTED BY COUNSEL. THE COURT QUESTIONED HIM AS TO HIS INDIGENCY AND DETERMINED THAT HE COULD NOT AFFORD COUNSEL. THE COURT APPOINTED AARON ZAGORY, OPD, TO REPRESENT THE DEFENDANT.

THE DEFENDANT WAS INFORMED OF HIS RIGHT TO A TRIAL BY JUDGE OR JURY.

THE DEFENDANT ENTERED A PLEA

AS TO COUNT 1, RS 14 62.2 SIMPLE BURGLARY OF AN INHABITE, GUILTY AS CHARGED.

THIS COURT PERSONALLY INTERROGATED THE DEFENDANT AS TO HIS RIGHTS TO HAVE A TRIAL BY JUDGE OR JURY AND HIS RIGHT TO APPEAL IF CONVICTED; HIS RIGHT TO FACE HIS ACCUSERS, CROSS EXAMINE THE WITNESSES AGAINST HIM AND ENTER EVIDENCE IN HIS OWN BEHALF; HIS RIGHT TO REMAIN SILENT AT HIS TRIAL WHICH COULD NOT BE HELD AGAINST HIM, OR TO TESTIFY IN HIS OWN BEHALF, AND HIS RIGHT AGAINST SELF-INCRIMINATION, RIGHT TO COMPULSORY PROCESS AND TO SUBPOENA WITNESSES ON HIS OWN BEHALF. THE DEFENDANT ACKNOWLEDGED THAT HE UNDERSTOOD THOSE RIGHTS AND THAT BY PLEADING GUILTY, HE WAS GIVING UP THOSE RIGHTS. THE COURT THEN FOUND THAT THE DEFENDANT FREELY AND VOLUNTARILY WAIVED HIS RIGHTS ACCORDED BY LAW AND THAT THERE WAS A SUBSTANTIAL FACTUAL BASIS TO ENTERTAIN A PLEA OF GUILTY. THE COURT ORDERED THE PLEA RECORDED.

THE DEFENDANT, RODNEY J GRANT, THROUGH COUNSEL WAIVED ALL DELAYS AND REQUESTED IMMEDIATE SENTENCING.

THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT   1,

1 YEAR, AT THE DEPARTMENT OF CORRECTIONS

THIS SENTENCE IS CONCURRENT WITH THESE COUNTS: ANY OTHER SENTENCE.

THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED FROM 9-14-08 THRU 2015************************************************************

PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS. PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT IF HE INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.

THIS CASE IS CLOSED FOR THIS DEFENDANT.

(CONTINUED)

EXHIBIT B