## CUSTODIAN OF RECORDS AFFIDAVIT

**STATE OF LOUISIANA**

**PARISH OF EAST BATON ROUGE**

### AFFIDAVIT

BEFORE ME, the undersigned Notary Public, personally came and appeared ANGELA GRIFFIN, Administrative Program Director, Department of Public Safety and Corrections, Preclass Section, Baton Rouge, Louisiana, who, after first being duly sworn did depose and say that the following attached documents are true and correct copies of the records of the Department of Corrections regarding Rodney Grant, D.O.C. #116702.

_____
Custodian of Records

Sworn to and subscribed before me this 25th day of September, 2018.

_____
Notary Public
JONATHAN R. VINING
NOTARY PUBLIC
State of Louisiana
LA Bar #30781
My Commission Expires at Death

Iyx

Interview Form 030804
Date Processed: 07012016
DOC# ********
DNA Test Date: NO DNA
SID#: 001300661

## DOC MASTER INFORMATION INTERVIEW FORM

Conviction Name: RODNEY GRANT

11 0702

True Name or Known Aliases:

Race: B   Sex: M   DOB:    Birth City, NEW ORLEANS   State: LA   Citizen?:

Marital Status: S   Religion: BAPT.

FBI: # 635258EA5   SSN: #   Drive Lic#:   State:

Height: 508   Weight: 180

RECEIVED
JUL 0 7 2016

Complexion: MED BRO   Eye Color: BRO   Hair Color: BLK

Shoe Size: 8   Occupation: CARETAKER

Number of Children: 1   Military Service:   Rank:   Type Discharge:

Scars, Marks, Tattoos: LFT FOREARM "GILDA"

Education Claimed: 10TH GRADE   Age at first Arrest:

Emergency Contact Name:   Relationship:

Address:   City:

State:   Zip Code:   Phone#:

Mother:   Father:
Address#   Address:#
City, State, Zip:   City, State, Zip:
Phone#:   Phone#:

### DEPARTMENT OF CORRECTIONS SENTENCE INFORMATION

| Parish & DKT# | Date of Plea | Sentence Date | Crime | Offense Date | Term | |
|---|---|---|---|---|---|---|
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

{DOC}F:\Forms\Interview030804.rtf   {OPCSO}M:\Excell Projects\DOC interview form
003222011

## ORLEANS PARISH SHERIFF
Parish of Orleans - State of Louisiana - New Orleans, Louisiana 70119

### MARLIN N. GUSMAN
Sheriff

### DOC LETTER OF CREDIT

14 (16)

TO: DEPARTMENT OF CORRECTIONS
RECORDS / CLASSIFICATION DIVISION
HUNT CORRECTIONAL CENTER
ST. GABRIEL, LOUISIANA

INMATE NAME: **GRANT, RODNEY J**   (002435614)
RACE / SEX: **B M**                    DOB: ███
CASE#: **417-717(H)**
DATE OF ARREST: **6/27/2016**          DATE OF SENTENCE: **6/30/2016**

OTHER DATES OF ARREST AND RELEASE RELATIVE TO THIS CASE:

ARRESTED    RELEASED    TYPE OF RELEASE

DATE: June 30, 2016

TITLE AND SIGNATURE
ORLEANS PARISH SHERIFF'S OFFICE
RECORDS DIVISION
2800 GRAVIER STREET
NEW ORLEANS, LA 70119
(504) 827-8536
(504) 827-6763 FAX

THIS LETTER OF CREDIT SATISFIES THE REQUIREMENTS TO THE 1970 AMENDMENT OF ARTICLE 880 OF THE LOUISIANA CODE OF CRIMINAL PROCEDURE

D.O.C Copy

```
 6/30/16 15:24:42        Online Booking Inquiry System       OJCREC02C    BK1I0103
,Folder # Last Name         First Name    MI R / S   D.O.B.    Type --Location--A/I
   2435614 GRANT            RODNEY           J B / M  ███████  UNS  OJC 1  C 15M A
Alias:                           A#:              Bond:               DNA: No
             Accepted:  6/27/2016 12:46:48   Booked:  6/27/2016 14:11:05
                 CCN:     771396  B of I #: 275072P    Sec/Ctl:   /
Release:                 00:00:00
  Disposition/Date      Court Magist# Sc Arrest #   --------- Sentence -----------
    Stat.  Violation    Sub/P Docket# Sc Arr. Date Yrs Mon Day Other       Date
Option: 6=Magistrate Docket   7=CDC Docket
SENTENCED-D  6/30/2016  S              12276602    1                       6/30/2016
 RS 14   62.2                417717 H  6/27/2016 SIMPLE BURGLARY OF AN INHABIT
 Details CFTS                                                 Bond:
 Book:  6/27/2016 Next Court:           Early:               Flat:
-------------------------------------------------------------------------------




                                                                        Bottom
                                                                     Fees Owed

F3=Exit    F5=MOTION    F12=Previous
```

```
 6/30/16 15:24:55         Online Booking Inquiry System      LONDONC      BK1I0106
Last Name           First Name         M Alias                            Folder#
GRANT               RODNEY             J                                  2435614
 Race Sex Hair Eyes Bld.Ht. Wt. Scars and/or Tattoos
  B   M  BLK  BRO   MED 508 185
 Birth Date Birth State            Address                                       MS
            LA                                                  000000000        S
  SSI#            Phone #        Employed By

Alcoholic Homosexual   Arr.Injur Occupation          Physical Appearance
   N         S              N    Child/Elder Care
Drugs Types of Drugs             Doctor/Hospital         Mental Condition
  N
Medical Category

Notify in case of an emergency
NONE

Description of injuries:

Enemies in prison: NONE
                          F3=Exit   F12=Previous
```

**SENTENCE OF THE COURT**   Page 1

STATE OF LOUISIANA, PARISH OF ORLEANS
CRIMINAL DISTRICT COURT

SECTION "H"
JUDGE CAMILLE BURAS
CASE NO. 417-717
DATE 6/30/2016
MOTION NO. 771396

To the Sheriff for the Parish of Orleans --Greetings

WHEREAS RODNEY J GRANT
Was by law lately convicted/submitted before the Criminal District Court for the Parish of Orleans of

Count 1. Violation RS 14 62.2   SIMPLE BURGLARY OF AN INHABITED D

And was thereupon sentenced, on 6/30/2016
THE DEFENDANT, RODNEY J GRANT, THROUGH COUNSEL WAIVED ALL DELAYS AND REQUESTED IMMEDIATE SENTENCING.
THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT 1,
1 YEAR, AT THE DEPARTMENT OF CORRECTIONS
THIS SENTENCE IS CONCURRENT WITH THESE COUNTS: ANY OTHER SENTENCE.
THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED FROM 9-14-08 THRU 2015****************************************************
PURSUANT TO ARTICLE 892 OF THE CODE OF CRIMINAL PROCEDURE, THE CRIMINAL CLERK SHOULD NOTIFY THE DEPARTMENT OF CORRECTIONS.
PURSUANT TO ARTICLE 930.8, THE COURT NOTIFIED THE DEFENDANT THAT IF HE INTENDS TO ASK FOR POST-CONVICTION RELIEF, HE MUST FILE AN APPLICATION WITHIN TWO YEARS OF THIS SENTENCE.

NOW THEREFORE, you the said Sheriff, are hereby commanded to carry in full and entire execution every part of the aforesaid sentence.
And in so doing, this shall be sufficient warrant and authority.

Defendants complete address:

Number and Street                   City, State, Zip Code

Telephone Number      Date of Birth

WITNESS _____ Camille Buras _____ JUDGE, presiding in said Criminal District Court, Section "H", for the Parish of Orleans, in the Hall of Sittings of the same City of New Orleans, this date 6/30/2016

ANGELA HEISSER, Minute Clerk

# Suspect Rap Sheet



| | | |
|---|---|---|
| SID: 001300661 | | ATN: 360021603240 |
| LBN: 02435614 | | |
| Last Name: GRANT | | Initial: J |
| First Name: RODNEY | | Suffix: |
| Address: | | |
| NEWORLEANS | | LA 000000000 |
| Race: B | Sex: M | Height: 508   Weight: 185 |
| DOB: | | Birth Place: LA |
| Booking Date: 07/01/2016 | | |
| SSN: | | |
| FBI No.: 635258EA5 | | |
| DLN: | | State: LA |
| Charge Agency: LA0360000 | | |
| Gang Affiliations: | | |

| | | |
|---|---|---|
| Mustache: MEDIUM | Skin Tone: DRK | Hair Color: BLK |
| Beard: NONE | Body Build: MEDIUM | Hair Length: BALD COMPLETELY |
| Glasses: | Nickname: | Eye Color: BRO |
| Scars: | Tattoos: | Marks: |
| Type:   Location: | Type: WORD   Location: LEFT ARM    Literal: GILDA | Location: |
| | Type: WORD   Location: RIGHT LEG   Literal: ALICE | |

Notes:



# FEDERAL BUREAU OF INVESTIGATION, UNITED STATES DEPARTMENT OF JUSTICE
## CRIMINAL JUSTICE INFORMATION SERVICES DIVISION, CLARKSBURG, WV 26306

The FBI's acquisition, preservation, and exchange of identification information is generally authorized under 28 USC 534. This FD-249 is to be used for criminal justice purposes, such as incident to arrests and incarcerations. The Applicant form (FD-258) contains applicable Paperwork Reduction Act and Privacy Act notices and should be used for noncriminal justice purposes. "A Social Security Account Number (SSAN) is helpful to keep records accurate because other people may have the same name and birth date. Pursuant to the Federal Privacy Act of 1974 (5 USC 552a), any Federal, State, or local government agency which requests an individual to disclose his/her SSAN is responsible for informing the person whether disclosure is mandatory or voluntary, by what statutory or other authority the SSAN is solicited, and what uses will be made of it." FD-249 (Rev. 3-1-10)

1110-0046

| JUVENILE FINGERPRINT | | DATE OF ARREST | ORI | | |
|---|---|---|---|---|---|
| SUBMISSION | YES ☐ | 06/29/2016 | LA0360000 | CONTRIBUTOR | |
| TREAT AS ADULT | YES ☐ | MM DD YY | | ADDRESS | |
| SEND COPY TO: (ENTER ORI) | | DATE OF OFFENSE | | REPLY DESIRED? YES ☐ | |
| | | MM DD YY | PLACE OF BIRTH (STATE OR COUNTRY) LA | COUNTRY OF CITIZENSHIP | |
| MISCELLANEOUS NUMBERS LA | | SCARS, MARKS, TATTOOS, AND AMPUTATIONS | | WORD/ LEFT ARM<br>WORD/ RIGHT LEG | |
| | | | | NEWORLEANS 000000000 | STATE LA |
| OFFICIAL TAKING FINGERPRINTS (NAME OR NUMBER) | | LOCAL IDENTIFICATION REFERENCE 02435614 | | PHOTO AVAILABLE? | YES ☐ |
| | | | | PALM PRINTS TAKEN? | YES ☐ |
| EMPLOYER IF U S GOVERNMENT INDICATE SPECIFIC AGENCY<br>(IF MILITARY, LIST BRANCH OF SERVICE AND SERIAL NO | | | | OCCUPATION | |
| CHARGE/CITATION<br>1  DOCINCAR | 01 | ORLEANS PARISH DOCKET # 417717 06302016 SIMPLE BURGLARY 1 YRS | | DISPOSITION | |
| 2 | | | | | |
| 3 | | | | | |
| ADDITIONAL | | | | ADDITIONAL | |
| ADDITIONAL INFORMATION/BASIS FOR CAUTION | | | | STATE BUREAU STAMP | |

U.S. GOVERNMENT PUBLISHING OFFICE 07/22/2015 12:10:44



Form B-02-018-C
16 February 2011

**DEPARTMENT OF PUBLIC SAFETY AND CORRECTIONS**
**ACKNOWLEDGMENTS AND SIGNATURE STATEMENT**

Offender's Name: Rodney Grant

Offender's Signature and Date: Rodney Grant
Witness' Signature and Date: 7/11/16