```
DATE: 09/25/18             DPS&C CORRECTIONS SERVICES
TIME: 11:42:12097   CAJUN II - PRECLASS RECORD INQUIRY          SCREEN
GRANT, RODNEY                          B/M    DOC:    00116702    SID:
CVNR ...:              TOTAL SENTENCE:                           J6266
ASGN LOC:     1300-NEW ORLEANS DISTRICT   PHYS LOC:    1300-NEW ORLEANS
TICKLER DATE..........:    073116      READY STATUS......:    WORK RE
PACKET COMPLETED......:    160708      FILE LOCATION.....:    OAS HCC
JAIL REC FROM CLERK .:     070816      FILE RECEIVE DATE.:    070816
DATE SENT TO DOC.....:     070816      ACT 746...........:
PRECLASS RECEIVED....:     070816      COMMENTS..........:    NOT A P
TIMCOMP READY........:                 IMPACT REC. CRT...:
COURT REC. S.A.......:                 RET PP IF FAIL IMP:
IMPACT POSS SCREENED.:                 M/H JUDGE RECOMMENDED.:
PRECLASS DISTRICT....:    OAS-J        PAR. OF CONVICTIN.:    ORLEANS
LSP REENTRY COURT....:
UPDATE DTE:     160726    UPDATE USER:    OAS0H
   CRT DCK NUMBER   MISCELLANEOUS            OFFENSE         SNT DATE
   111 417717       NOT A PV ORIG DATE 2000                   063016
                    PRIOR TO CURRENT CONV


                            XMIT FROM HERE->
    F2=RETURN TO MENU      F3=PREVIOUS SCREEN       F4=CINQMAS      F5=CM
```

EXHIBIT
E