October 27, 2000

417-717

PARISH OF ORLEANS

The State of Louisiana } SS.

CRIMINAL DISTRICT COURT FOR THE PARISH OF ORLEANS

aws
7/26/16

MICHAEL HILL, Assistant District Attorney for the Parish of Orleans, who in the name and by the authority of the said State, prosecutes, in this behalf, in proper person comes into the Criminal District Court for the Parish of Orleans, in the Parish of Orleans, and gives the said Court here to understand and be informed that one RODNEY J. GRANT late of the Parish of Orleans, on the 2ND day of JULY in the year of our Lord, two thousand ___ in the Parish of Orleans aforesaid, and within the jurisdiction of the Criminal District Court for the Parish of Orleans committed simple burglary of an inhabited dwelling located at ███ belonging to ███

Clerk's Office 26th July 20 16
A True Copy
by ___ Deputy Clerk
Hon. Arthur A. Morrell
Clerk of Criminal District Court

contrary to the form of the Statute of the State of Louisiana in such case made and provided and against the peace and dignity of the same.

Assistant District Attorney for the Parish of Orleans

313-16