| | | |
|---|---|---|
| **MICHAEL REESE/NO/PNP/CORRECTIONS** | To | LELA PERRY/CORRECTIONS@CORRECTIONS, JAN RODRIGUE/CORRECTIONS@CORRECTIONS, Janille Townsel/CORRECTIONS@CORRECTIONS |
| 07/08/2016 10:46 AM | cc | |
| | bcc | |
| | Subject | Re: Fw: RODNEY GRANT 116702 - Possible Parole Violator transferring into HRDC custody with New Felony Conviction |

This conviction is not a violation of the subject's current term of supervision. The date of offense is from 2000 which predates his date of release. If you need any further assistance in this matter, please contact us.

Agent Michael Reese
Probation & Parole Supervisor
New Orleans District



| LELA PERRY | Good Morning, Please review documents attac... | 07/08/2016 09:38:51 AM |
|---|---|---|

| | | |
|---|---|---|
| **LELA PERRY/CORRECTIONS** | To | MICHAEL REESE/NO/PNP/CORRECTIONS@CORRECTIONS, Jason Hardy/NO/PNP/CORRECTIONS@CORRECTIONS |
| 07/08/2016 09:27 AM | cc | Janille Townsel/CORRECTIONS@CORRECTIONS, JAN RODRIGUE/CORRECTIONS@CORRECTIONS |
| | Subject | Fw: RODNEY GRANT 116702 - Possible Parole Violator transferring into HRDC custody with New Felony Conviction |

Good Morning,

Please review documents attached below and follow up with the violation process if the conviction is reason for revocation.

Thanks,
Lela
P&P HQO
Office #(225) 342-2825
Fax #(225) 342-3087

----- Forwarded by LELA PERRY/CORRECTIONS on 07/08/2016 09:22 AM -----



| | | |
|---|---|---|
| **Janille Townsel/CORRECTIONS** | To | LELA PERRY/CORRECTIONS@CORRECTIONS, Jan Rodrigue <jrodrigue@corrections.state.la.us> |
| 07/08/2016 09:21 AM | cc | |
| | Subject | RODNEY GRANT 116702 - Possible Parole Violator transferring into HRDC custody with New Felony Conviction |

Possible Parole Violator transferring into HRDC custody with New Felony Conviction. No Parole Revocation paperwork received. Please see below attached

**EXHIBIT**

**G**

Jail Credit, and minutes.

Janille Townsel
Dept. of Corrections

Preclass

225.342.3861  f



📄 - 2016-07-08 (2).pdf