CRIMINAL DISTRICT COURT OF ORLEANS PARISH, LOUISIANA
Page  1
SECTION "H"   Judge: THE HONORABLE CAMILLE BURAS
Minute Clerk: ANGELA HEISSER
Court Reporter: MELINDA HEBERT
Assist. D.A.: DIANA NETTERVILLE
CHRISTOPHER CORTEZ

Date: MONDAY, July 18, 2016
Case Number: 417-717
State of Louisiana
  versus
RODNEY J GRANT                Violation: RS 14 62.2

DEFENSE COUNSEL AARON ZAGORY APPEARED ON BEHALF OF DEFENDANT, RODNEY J GRANT, FOR SENTENCING; DEFENDANT DID NOT APPEAR.

THE DEFENDANT IS IN THE CUSTODY OF THE SHERIFF AND WAS NOT BROUGHT INTO OPEN COURT.

*****************PREVIOUS SENTENCE VACATED********************

THE DEFENSE WAIVED THE PRESENCE OF THE DEFENDANT.

THE COURT IMPOSED THE FOLLOWING SENTENCE:

AS TO COUNT   1.

THE DEFENDANT IS GIVEN CREDIT FOR TIME SERVED.

THIS CASE IS CLOSED FOR THIS DEFENDANT.


_____
ANGELA HEISSER, Minute Clerk

EXHIBIT H