

**ANGELA
SMITH/CORRECTIONS**
07/25/2016 11:41 AM

To   cburas@criminalcourt.org,

cc

bcc

Subject   Fw: Rodney Grant. Case 417-717 H"

Judge Buras

This offender's case is being held due to him being a Parole case.  When we initially received his paperwork there was nothing to indicate that this was an older case, therefore he was considered to have a New Felony pending a revocation.  We do not receive Bill of Information from the Orleans Sheriff's Dept on our offenders, we only get the Bill several months later from the Clerk of Court, so our staff did not realize this was an older case that would probably not revoke his supervision.

Is there any possible way that someone in your office could scan and email me a copy of his Bill of Information for docket 417717 ?    If we can get that if would help tremendously.

Thanks
Angela Smith, Corrections ARDC Manager
Headquarters - Pre Class
Out of State / Federal
asmith@corrections.state.la.us
Phone   225-342-2331
Fax      225-342-3861
Fax      225-342-3759
----- Forwarded by ANGELA SMITH/CORRECTIONS on 07/25/2016 11:37 AM -----

**Yvette
Crawford/CORRECTIONS**
07/25/2016 11:40 AM

To   ANGELA SMITH/CORRECTIONS@CORRECTIONS

cc

Subject   Fw: Rodney Grant. Case 417-717 H"

Yvette Crawford
Corrections ARDC Supervisor / Preclass

----- Forwarded by Yvette Crawford/CORRECTIONS on 07/25/2016 11:36 AM -----



**CBuras@criminalcourt.org**
07/25/2016 10:31 AM

To   kanedraburton@corrections.state.la.us

cc   ycrawford@corrections.state.la.us, azagory@opdla.org

Subject   Rodney Grant. Case 417-717 H"

Good morning -

**EXHIBIT**

**1**

Ms. Irma Ray provided contact information for you and I hope you can assist in resolving this issue regarding classification of time for the above referenced inmate.

I originally sentenced the defendant onJune 30 2016 to 1 year DOC with CTS from 2008 as the defendant had already served a sentence in DOC and my 2000 case did not pop up until he was ready to be discharged.

The court was informed that the defendant was still incarcerated and so I amended his sentence in July 18 2016 to CREDIT FOR TIME SERVED so that he could be immediately released.

This morning I was informed by Captain Brooks in Madisonville that their records show Grant's discharge date on NOV 24 2023.

Please advise as to what might be the issue with this case as the clear intention of all parties when the defendant pled guilty was to have this credit for time served sentence result in a release.

Thank you and I await your reply, Camille Buras


IMG_4451.JPG


Sent from my iPhone