UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT,<br><br>            Plaintiff,<br>     v.<br><br>MARLIN GUSMAN, *et al.*,<br><br>            Defendants. | )<br>)<br>)<br>)  Case No. 17-cv-2797-NJB-DMD<br>)<br>)<br>)<br>) |

**Joint Motion to Modify Summary Judgment Submission Dates**

**COME NOW**, Plaintiff Rodney Grant and Defendants James LeBlanc, Timothy Hooper, Sheriff Marlin N. Gusman, Major Sidney Holt, and Deputy Corey Amacker to file, pursuant to Local Civil Rule 7(f), this *Joint Motion to Modify Submission Dates.*

## I.    Procedural History

Plaintiff filed a complaint on April 2, 2017. Rec. Doc. 1.

From January 7, 2019 to June 4, 2019, the case was stayed due to DOC counsel's military service. Rec. Docs. 89-90.

On June 20, 2019, this Court issued a scheduling order. Rec. Doc. 93.

The scheduling order set a deposition cut-off of February 20, 2020, a dispositive motion deadline of February 26, 2020, and a trial date of April 20, 2020. *Id.*

Now, all dispositive motions have been filed in this case.

Currently pending before this Court are the following with the submission date of February 26, 2020:

- Plaintiff's Motion for Summary Judgment against DOC Defendants (R. Doc. 129);
- Plaintiff's Motion for Summary Judgment against OPSO Defendants (R. Doc. 133);
- OPSO Defendants' Motion for Summary Judgment (R. Doc. 136); and
- DOC Defendants' Motion for Summary Judgment (R. Doc. 143).

1

## II. Discussion

Per Local Rule 7.2, counsel for a party may pick the date that a motion is noticed for submission. Here, all counsel selected February 26, 2020 for the cross-motions for summary judgment. By this joint motion, counsel for all parties request leave to modify that submission date to March 25, 2020. Such a modification will allow for the full and effective briefing of the cross motions, and allow for a scheduled settlement conference to occur on March 10, 2020. Rec. Doc. 144.

## III. Conclusion

Plaintiff Rodney Grant and Defendants James LeBlanc, Timothy Hooper, Sheriff Marlin N. Gusman, Major Sidney Holt, and Deputy Corey Amacker respectfully request that this Court grant this motion.

Respectfully submitted,

| | |
|---|---|
| JEFF LANDRY<br>ATTORNEY GENERAL<br>BY: /s/ Jeffrey Wheeler<br>Jeffery A. "Beau" Wheeler, II (#37546)<br>Assistant Attorney General<br>Louisiana Department of Justice<br>Litigation Division, Civil Rights Section<br>1450 Poydras Street, Suite 900<br>New Orleans, Louisiana  70112<br>Telephone:    (504) 599-1200<br>Facsimile:     (504) 599-0034<br>E-mail:          WheelerJ@ag.louisiana.gov<br>*Attorney for DOC Defendants* | /s/ William Most<br>WILLIAM MOST, La. Bar No. 36914<br>201 St. Charles Ave., Ste. 114, # 101<br>New Orleans, LA 70170<br>T: (504) 509-5023<br>Email: williammost@gmail.com<br>*Attorney for Plaintiff* |

 /s/ Laura Rodrigue
Laura C. Rodrigue
Blake J. Arcuri (# 32322)
Freeman R. Matthews (#9050)
2800 Perdido Street
New Orleans, LA 70119
Telephone: (504) 202-9404,
Fax: (504) 202-9454
Email: rodriguela@opso.us; arcurib@opso.us
*Counsel for OPSO Defendants*