UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | **:** | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | **:** | **MAG. JUDGE DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS' RESPONSES TO "PLAINTIFF'S FOURTH REQUESTS FOR ADMISSIONS TO DOC"

Now, through undersigned counsel, come Defendants Secretary James LeBlanc and Warden Timothy Hooper, who answer Plaintiff's First Request for Admissions as follows:

### REQUEST FOR ADMISSION No. 80:

In July 2016, the DOC had access to the Orleans Criminal District Court Docket Master system, either directly or via the internet.

### RESPONSE TO REQUEST FOR ADMISSION No. 80:

Admitted.

### REQUEST FOR ADMISSION No. 81:

A rule of the *Boddye* case is that the DOC must give an inmate jail credit ordered by a sentencing judge, even if that jail credit is for a charge other than the one the inmate is being sentenced for.

### RESPONSE TO REQUEST FOR ADMISSION No. 81:

Denied as written. Objected to as vague as there are two *Boddye* cases, and Plaintiff's reference to a "rule" is not clearly defined. Nevertheless, in a good faith attempt to answer this Request for Admissions, Defendants admit that good time credits are given to an offender if a judge stated "credit for time served" after each sentence without stating "pursuant to Act 880." If applicable, the credit is given on all time in custody from the date of commission.

### REQUEST FOR ADMISSION No. 82:

The Boddye case was decided in 2015.

1

**RESPONSE TO REQUEST FOR ADMISSION No. 82:**

Admitted.

**REQUEST FOR ADMISSION No. 83:**

By July 2016, the DOC's time computation staff should have been following the rule of the *Boddye* case.

**RESPONSE TO REQUEST FOR ADMISSION No. 83:**

Denied as written. Specifically, defendants object to this RFA on the basis that it is vague. The RFA requests an admission based on a "rule of the *Boddye* case" but does not state what said rule is. Defendants also object to the vagueness of "should" and whether or not the law was clearly established as the time. Nevertheless, in a good faith attempt to answer this Request for Admission, Defendants admit that time computation staff in 2016 gave good time credits in situations wherein if a sentence was given to an offender and a judge stated "credit for time served" after each sentence without stating "pursuant to Act 880." If applicable, the credit was given on all time in custody from the date of commission.

**REQUEST FOR ADMISSION No. 84:**

By July 2016, the DOC's time computation staff was following the rule of the *Boddye* case.

**RESPONSE TO REQUEST FOR ADMISSION No. 84:**

Denied as written. Specifically, defendants object to this RFA on the basis that it is vague. The RFA requests an admission based on a "rule of the *Boddye* case" but does not state what said rule is. No such clear "rule" was outlined in *Boddye.* Nevertheless, in a good faith attempt to answer this Request for Admission, Defendants admits that time computation staff in 2016 gave good time credits in situations wherein if a sentence was given to an offender and a judge stated "credit for time served" after each sentence without stating "pursuant to Act 880." If applicable, the credit was given on all time in custody from the date of commission.

        Respectfully submitted,

        **JEFF LANDRY**
        **ATTORNEY GENERAL**

BY:     */s/ Jeffery A. "Beau" Wheeler, II*
        Jeffery A. "Beau" Wheeler (#37546)
        Assistant Attorney General
        Louisiana Department of Justice
        Litigation Division, Civil Rights Section
        1450 Poydras Street, Suite 900

New Orleans, LA 70112
Phone: (504) 599-1200
Fax:    (504) 599-1212
E-mail: WheelerJ@ag.louisiana.gov
*Attorney for Defendants*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on the 20th day of February 2020, the foregoing was sent to all parties by electronic mail.

_____/s/ Jeffery A. "Beau" Wheeler, II_____
Jeffery A. "Beau" Wheeler, II (#37546)
Assistant Attorney General