MINUTE ENTRY
BROWN, J.
MARCH 11, 2020
**JS10** – 1:00

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NUMBER: 17-2797** |
| **MARLIN GUSMAN, et al.** | **SECTION:  G (3)** |

**MOTION HEARING**

Court Reporter: Mary Thompson
Case Manager:  Shaveka M. Joshua
Law Clerk:  Jacob Leon

APPEARANCES:
William B. Most of Law Office of William Most, for the Plaintiff;
Phyllis E. Glazer of the Louisiana Department of Justice, for the Defendant.

Case called at 10:44 a.m.

**(#123) Motion for Sanctions, or in the Alternative, to Compel Preservation and Production of Documents** filed by plaintiff.
Argument.
Matter taken under advisement.

**(#129) Motion for Summary Judgment Against Defendant James LeBlanc** filed by plaintiff.
Argument.
Matter taken under advisement.

**(#143) Motion for Summary Judgment** filed by defendants James LeBlanc and Warden Timothy Hooper.
Argument.
Matter taken under advisement.

Hearing concluded 11:44 a.m.