UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT, | ) |
| Plaintiff, | ) ) |
| v. | ) Case No. 17-cv-2797-NJB-DEK |
| MARLIN GUSMAN, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**Supplement to Plaintiff's Briefing on Summary Judgment**

In this overdetention case, there are four dispositive motions pending – Plaintiff's Motion for Summary Judgment against DOC Defendants (Rec. Doc. 129), Plaintiff's Motion for Summary Judgment against OPSO Defendants (Rec. Doc. 133), OPSO Defendants' Motion for Summary Judgment (Rec. Doc. 136) and DOC Defendants' Motion for Summary Judgment (Rec. Doc. 143). All four motions deal with Mr. Grant's claim under the state-law tort of false imprisonment.

Yesterday, Judge deGravelles of the Middle District of Louisiana issued a ruling granting an overdetention plaintiff's motion for summary judgment on the claim of false imprisonment against the Louisiana Department of Public Safety and Corrections. *McNeal v. Louisiana Department of Public Safety and Corrections,* 18-736-JWD-EWD, R. Doc. 56 (M.D. La. Feb. 18, 2020). The ruling is attached here as Ex. A.

The court concluded that because the plaintiff was held "for 41 days following his correct release date," he had established "the elements of false imprisonment." Ex. A at 14. The court also held that Defendants' procedural arguments under *Heck v. Humphrey* and the Louisiana Prison Litigation Reform Act were unavailing.

This case may be helpful to this Court in ruling on the pending motions.

1

        Respectfully submitted,

        /s/ William Most_____
        WILLIAM MOST, La. Bar No. 36914
        201 St. Charles Ave., Ste. 114, # 101
        New Orleans, LA 70170
        T: (504) 509-5023
        Email: williammost@gmail.com