# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

*************************************************************************

## ORDER

Considering the foregoing "Consent Motion to Stay all Proceedings" filed by Defendant James LeBlanc,

**IT IS ORDERED** that the Motion to Stay All Proceedings is **GRANTED**. The above-captioned matter is **STAYED AND ADMINISTRATIVELY CLOSED** pending Defendant James LeBlanc's interlocutory appeal.

**NEW ORLEANS, LOUISIANA,** this 28th day of May, 2021.

**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**