UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT | CIVIL ACTION NO. 17-2797 |
| VERSUS | SECTION "G" (3) |
| MARLIN N. GUSMAN, ET AL. | CHIEF JUDGE BROWN<br>MAG. JUDGE DOUGLAS |

## MOTION TO WITHDRAW AS COUNSEL OF RECORD

**NOW INTO COURT**, through undersigned counsel, come Blake J. Arcuri, Laura C. Rodrigue, and Freeman R. Matthews, who respectfully move this Honorable Court to allow them to withdraw as counsel of record in this matter for the Orleans Parish Sheriff, Sidney Holt, and Corey Amacker. The address and telephone number of the defendants is:

2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000

Pursuant to Local Rule 83.2.11, the undersigned hereby certifies that on this date, he has mailed a notice of all deadlines and court appearances in this matter to the Orleans Parish Sheriff, Sidney Holt, and Corey Amacker via Certified Mail.

**WHEREFORE**, Blake J. Arcuri, Laura C. Rodrigue, and Freeman R. Matthews pray that this motion be **GRANTED** and that they be withdrawn as counsel of record for the Orleans Parish Sheriff, Sidney Holt and Corey Amacker in this proceeding.

Respectfully submitted,
**FROSCH RODRIGUE ARCURI, LLC**

_/s/Blake J. Arcuri_
BLAKE J. ARCURI (LSBN 32322)
LAURA C. RODRIGUE (LSBN 30428)
FREEMAN R. MATTHEWS (LSBN 9050)
1615 Poydras St., Ste. 1250
New Orleans, LA 70112
(t) 504.592.4600; (f) 504.592.4641

barcuri@fralawfirm.com

## **CERTIFICATE OF SERVICE**

    I do hereby certify that on this 5th day of May, 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing has been sent to the Sheriff of the Parish of Orleans, Corey Amacker and Sidney Holt via Certified Mail, postage prepaid.

                                        */s/ Blake J. Arcuri*