UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 "G" (3) |
| **VERSUS** | | |
| | : | CHIEF JUDGE BROWN |
| **MARLIN GUSMAN, ET AL.** | : | MAG. JUDGE DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**RENEWED MOTION FOR SUMMARY JUDGMENT
AND MOTION FOR RECONSIDERATION**

NOW INTO COURT, comes Plaintiff to ask this Court for renewed summary judgment against Defendant Marlin Gusman in his individual capacity, and reconsideration of the Court's order dismissing Plaintiff's Section 1983 claim against Mr. Gusman. This motion is based on two rulings taken together:

1. This Court's ruling that "Plaintiff has identified a promulgated policy that necessarily results in some individuals being detained beyond their legal release date."[1]

2. The Fifth Circuit's ruling making clear that Plaintiff was such an individual.[2]

The Fifth Circuit's ruling resolves the disputed issues that precluded this Court from awarding summary judgment to Plaintiff previously. Although not published, the Fifth Circuit's ruling is the law of this case.[3]

WHEREFORE, based on the Fifth Circuit's ruling in this case, this Court should reconsider and reverse its dismissal of the Section 1983 claim against Mr. Gusman as an individual. Furthermore, this Court should grant Plaintiff's motion for renewed summary judgment against Mr. Gusman as an individual on Plaintiff's Section 1983 and false imprisonment claims.

---

[1] Rec. Doc. 230 at 21 (Ruling on Summary Judgment).
[2] *Grant v. Gusman*, 21-30230 (5th Cir.) (unpublished).
[3] See Fifth Circuit Rule 47.5.4 ("Unpublished opinions issued on or after January 1, 1996, are not precedent, except under the doctrine of res judicata, collateral estoppel or law of the case . . . .")

1

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

All Defendants other than Marlin Gusman have been served via ECF on this day, September 5, 2022. Mr. Gusman has been served by U.S. Mail and by email to mngusman@bellsouth.net.

*/s/ William Most*
William Most