**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY GRANT** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | **:** | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | **:** | **MAG. JUDGE DOUGLAS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**PLAINTIFF'S STATEMENT OF UNDISPUTED MATERIAL FACTS IN SUPPORT OF
RENEWED MOTION FOR SUMMARY JUDGMENT AND MOTION FOR
RECONSIDERATION**

**Fact 1:**     Mr. Gusman signed a written policy of driving pre-classification packets to the

DOC headquarters in Baton Rouge once a week.[1]

**Fact 2:**     On June 30, 2016, Mr. Grant was given a "time-served sentence."[2]

**Fact 3:**     OPSO did not transmit Plaintiff's paperwork to the DOC until July 7, 2016.[3]

Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*Attorney for Plaintiff*

---

[1] R. Doc. 230 at 21 ("The Court finds that Plaintiff has identified a promulgated policy that necessarily results in some individuals being detained beyond their legal release date. Specifically, OPSO's written policy of driving pre-classification packets to the DOC headquarters in Baton Rouge once a week necessarily results in the overdetention of inmates who are eligible for immediate release upon sentencing"); Rec. Doc. 133-10 (policy "Authorized by" Mr. Gusman, with his signature).
[2] *Grant v. Gusman*, 21-30230 (5th Cir.) (unpublished) at *2.
[3] *Grant v. Gusman*, 21-30230 (5th Cir.) (unpublished) at *3 ("On 7 July, seven days after Grant's sentencing, DPSC received Grant's pre-class packet, described below, from OPSO . . . .") *See also* OPSO response to material facts, Rec. Doc. 164-1 at *2 ("OPSO drove Rodney Grant's paperwork to the DOC on July 7, 2016 . . . Uncontested factually . . . )."

**CERTIFICATE OF SERVICE**

All Defendants other than Marlin Gusman have been served via ECF on this day,

September 5, 2022. Mr. Gusman has been served by U.S. Mail and by email to

mngusman@bellsouth.net.

*/s/ William Most*
William Most