UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### Notice of Submission

Plaintiff's motion for reconsideration and renewed summary judgment against Defendant Gusman as an individual shall be noticed for submission on **September 21, 2022**.

Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*Attorney for Plaintiff*

### CERTIFICATE OF SERVICE

All Defendants other than Marlin Gusman have been served via ECF on this day, September 5, 2022. Mr. Gusman has been served by U.S. Mail and by email to mngusman@bellsouth.net.

*/s/ William Most*
William Most

1