UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**Notice of Lack of Opposition to Motion for Summary Judgment and Reconsideration**

On September 5, 2022, Plaintiff filed a motion for renewed summary judgment against Defendant Marlin Gusman in his individual capacity.[1] Plaintiff's motion was based on the Fifth Circuit's ruling in this case, which resolved previously-disputed issues.[2]

The motion was set for submission on September 21, 2022.[3] Per this Court's local rules, any opposition was due on September 13, 2022.[4] Defendant Gusman did not file any opposition. The motion is therefore unopposed and can be granted.

Defendant Gusman is *pro se* in this case.[5] He is, however, an attorney himself.[6] He is also on actual notice of the status of this case. On June 24, 2022, undersigned counsel spoke with Mr. Gusman by telephone about this case, informing him that the appeal had been concluded and that trial court proceedings would continue.[7] During that call, Mr. Gusman provided undersigned counsel with his email address.[8] Undersigned counsel sent Mr. Gusman an email and a letter to that email address, and also mailed the letter to the address for which Mr. Gusman claims a

---

[1] Rec. Doc. 252.
[2] *Id*.
[3] Rec. Doc. 252-3.
[4] L.R. 7.5 ("Each party opposing a motion must file and serve a memorandum in opposition to the motion with citations of authorities no later than eight days before the noticed submission date.")
[5] Rec. Doc. 244 (Order Granting Gusman's Counsel's Motion to Withdraw).
[6] Mr. Gusman is listed as "Eligible" on the Louisiana State Bar Association's Membership Directory.
[7] Ex. A (Declaration of William Most) at ¶ 4.
[8] *Id*. at ¶ 5.

1

homestead exemption.[9] Undersigned counsel also sent the letter to Mr. Gusman's attorneys in a different case.[10] Those attorneys confirmed that the person undersigned counsel spoke to on the phone was in fact Mr. Gusman himself.[11]

Plaintiff's counsel has served each filing (including the Renewed Motion for Summary Judgment) on Mr. Gusman at both the email address he provided and also by mail to the homestead exemption address.[12]

At no point has Mr. Gusman asked for an extension of time to respond to the Motion for Renewed Summary Judgment, or asked for time to obtain counsel.[13]

In conclusion, Plaintiff's motion should be granted because Defendant Gusman (1) has actual notice of this case, (2) had four months to find new counsel; (3) was served with Plaintiff's motion, and (4) declined to oppose the motion.

Respectfully submitted,

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

All Defendants other than Marlin Gusman have been served via ECF on this day, September 14, 2022. Mr. Gusman has been served by U.S. Mail and by email to mngusman@bellsouth.net.

*/s/ William Most*
William Most

---

[9] Ex. A at ¶¶ 6-9. Undersigned counsel also sent the email and letter to the email address Mr. Gusman lists on the Louisiana State Bar Association website (mngusmanlaw@gusmanlaw.com). But the undersigned received a "bounceback" notice indicating that that email account "does not exist." *Id*. at ¶ 7.
[10] *Id*. at ¶ 10.
[11] *Id*. at ¶ 9.
[12] *Id*. at ¶ 11.
[13] *Id*. at ¶ 12.