UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | : | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Declaration of William Most**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1. My name is William Most. I am an attorney based in New Orleans, LA. I represent Plaintiff in the above-captioned case.

2. On May 10, 2022, Defendant Marlin Gusman's attorneys were granted leave to withdraw from this case. Rec. Doc. 244.

3. I waited approximately six weeks to see if new counsel would enroll before contacting Mr. Gusman. No new counsel enrolled.

4. I know Mr. Gusman has actual knowledge of this case because of the following: On June 24, 2022, I called Defendant Marlin Gusman by telephone and spoke to him about *Grant v. Gusman*. I informed him that the appeal had been concluded, and that trial court proceedings would resume.

5. That call was brief, but I concluded it by offering to email Mr. Gusman information about the case. Mr. Gusman provided me mngusman@bellsouth.net as his email address.

6. I then sent Mr. Gusman an email and a letter. I attached the letter and a copy of Rec. Doc. 230 to the email. A true and correct copy of the email and letter are attached here as Exhibits C and D.

      7.      I also emailed that email and letter to mngusmanlaw@gusmanlaw.com, the email address Mr. Gusman lists on the state bar association website. I received a bounceback email indicating that the "email account that you tried to reach does not exist." A true and correct copy of that bounceback email is attached as Exhibit E.

      8.      I mailed the letter to 4478 Venus St, New Orleans, LA 70122, because that is the address for which Mr. Gusman claims a homestead exemption. Attached as Exhibit F is a true and correct copy of the Parish Assessor's website indicating the homestead exemption.

      9.      I know for sure that the person I spoke to on June 24, 2022 was Marlin Gusman. I am sure of that because on June 28, 2022, his lawyers in a separate case (*Pierre v. Wellpath*) emailed me and confirmed that I "called former Sheriff Gusman directly and spoke to him." Attached as Exhibit B is a true and correct copy of that email.

      10.      I sent Mr. Gusman's *Pierre* attorneys a copy of my June 24, 2022 letter to Mr. Gusman. See Ex. B.

      11.      My office has served each subsequent filing (including the Renewed Motion for Summary Judgment) on Mr. Gusman at both the email address he provided and also the homestead exemption address.

      12.      At no point has Mr. Gusman asked for an extension of time to respond to the Motion for Renewed Summary Judgment, or asked for time to obtain counsel.

      I swear under penalty of perjury that the foregoing is true and correct.

      Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST
Louisiana Bar No. 36914
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (650) 465-5023
Email: williammost@gmail.com

*Attorney for Plaintiff*