William Most <williammost@gmail.com>

## Pierre v. Wellpath - ex parte communications not allowed

**William Most** <williammost@gmail.com>                          Tue, Jun 28, 2022 at 11:45 AM
To: Rebecca Cooper <mrc@kullmanlaw.com>
Cc: Caroline Gabriel <caroline.gabriel.ma@gmail.com>, Mark Klyza <SMK@kullmanlaw.com>

Rebecca,

Thank you for reaching out. As you know, Rule 4.2 bars contact with a represented party "about the subject of the representation." I contacted Mr. Gusman regarding a completely separate case - *Grant v. Gusman* - in which he is currently a *pro se* defendant. Attached is the letter I sent Mr. Gusman after our brief phone call. You will note that it makes no mention of *Pierre.* We did not, and will not, talk to Mr. Gusman about *Pierre.*

We will, however, need to continue contacting him regarding *Grant.* For example, we are required by the Federal Rules to serve him with each filing in that case.

Please let us know if this does not resolve your concern.

Thank you,

William

On Tue, Jun 28, 2022 at 11:29 AM Rebecca Cooper <mrc@kullmanlaw.com> wrote:

> William,
>
> It has come to our attention that you recently called former Sheriff Gusman directly and spoke to him. In case it was not clear to you before, Sheriff Gusman is represented by our firm in the Pierre matter, and under Louisiana Rule of Professional Conduct 4.2, **we do not approve of you having any ex parte communication with our client going forward**. Thank you for your cooperation in this matter.
>
>
> Thanks,
>
> Rebecca
>
>
> **M. Rebecca Cooper, Esq.**
> **THE KULLMAN FIRM**
> A Professional Law Corporation
> 1100 Poydras Street, Suite 1600
> New Orleans, LA 70163-1600
> Direct Dial: 504-596-4161
> Fax: 504-596-4189
> mrc@kullmanlaw.com
>
> www.KullmanLaw.com
>
> 

This communication, including attachments, is confidential, may be subject to legal privileges, and is intended for the sole use of the addressee. Any use, duplication, disclosure or dissemination of this communication, other than by the addressee, is prohibited. If you have received this communication in error, please notify the sender immediately and delete or destroy this communication and all copies.


**2022.6.24 - Letter to Marlin Gusman.pdf**
68K