**William Most <williammost@gmail.com>**

## Grant v. Gusman, E.D. La. 17-cv-2797

**William Most** <williammost@gmail.com>    Fri, Jun 24, 2022 at 11:03 AM
To: mngusman@bellsouth.net
Cc: Caroline Gabriel <caroline.gabriel.ma@gmail.com>

Mr. Gusman,

Thank you for speaking with me just now on the phone. As I explained, we represent the plaintiff in *Grant v. Gusman*, E.D. La. 17-cv-2797. You are a defendant in that case, and as far as we know you are unrepresented by counsel. Please find attached a letter regarding that case. I have attached R. Doc. 230 from that case in case it is helpful.

We intend to file a motion today to lift the stay pending appeal and to set a scheduling conference to set a trial date. Please let us know by 4:00 p.m. today whether you oppose that motion. If you need additional time to secure counsel, please let us know by that time, and we will not file the motion today.

Please also let us know if you consent to service of filings by email.

Thank you,

William Most

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

**2 attachments**


**2022.6.24 - Letter to Marlin Gusman.pdf**
68K


**R. Doc. 230 - Order Denying OPSO MSJs.pdf**
334K