# Most & Associates

201 St. Charles Ave., Ste. 114, # 101 ♦ New Orleans, LA 70170

| (504) 509-5023 | mostlawoffice.com | williammost@gmail.com |

Marlin Gusman                                                    June 24, 2022
4478 Venus St
New Orleans, LA 70122
*Via U.S. Mail and email to mngusman@bellsouth.net*

Re:     *Grant v. Gusman*, E.D. La. 17-cv-2797-NJB-DMD

Mr. Gusman,

You are a defendant in the civil suit *Grant v. Gusman*, E.D. La. 17-cv-2797. Although you are no longer Sheriff of Orleans Parish, there are still claims against you in that lawsuit because you were sued in both your individual and your official capacity. Specifically, there are remaining claims against you for Violation of the Louisiana Constitution, False Imprisonment, and Negligence. *See* Rec. Doc. 230 at *30 ("all of Plaintiff's state law claims remains pending").

Your counsel withdrew from the case on May 10, 2022. No new counsel has enrolled in the case on your behalf. If you retain counsel, please have them contact us, so that we can communicate with them directly.

For some time, the lawsuit has been stayed pending Secretary LeBlanc's appeal. That appeal has resolved, and so we intend to move the Court to lift the stay and set a trial date. We encourage you to participate in that process.

The claims against you are very strong. Judge Brown has already determined that OPSO had a "promulgated policy" – signed by you – "that necessarily results in some individuals being detained beyond their legal release date." R. Doc. 230 at *21. Therefore, if you wish to discuss settlement of the claims against you, please let us know.

Please let us know by 4:00 p.m. today whether you oppose a motion to lift the stay and set a trial date.  If you need additional time to secure counsel, please let us know by that time, and we will not file the motion today.

Please also let us know if you consent to service of filings by email.

Sincerely,

*/s/ William Most*
William Most
Counsel to Rodney Grant