William Most <williammost@gmail.com>

## Grant v. Gusman, E.D. La. 17-cv-2797

**Mail Delivery Subsystem** <mailer-daemon@googlemail.com>    Fri, Jun 24, 2022 at 10:48 AM
To: williammost@gmail.com



**Address not found**

Your message wasn't delivered to **mngusmanlaw@gusmanlaw.com** because the address couldn't be found, or is unable to receive mail.

[LEARN MORE](#)

The response was:

```
550 5.1.1 The email account that you tried to reach does not exist. Please try double-checking
the recipient's email address for typos or unnecessary spaces. Learn more at
https://support.google.com/mail/?p=NoSuchUser h3-20020ab02343000000b0037f134f05ffsor572361uao.46 -
gsmtp
```

Final-Recipient: rfc822; mngusmanlaw@gusmanlaw.com
Action: failed
Status: 5.1.1
Diagnostic-Code: smtp; 550-5.1.1 The email account that you tried to reach does not exist. Please try
 550-5.1.1 double-checking the recipient's email address for typos or
 550-5.1.1 unnecessary spaces. Learn more at
 550 5.1.1  https://support.google.com/mail/?p=NoSuchUser h3-20020ab02343000000b0037f134f05ffsor572361uao.46 - gsmtp
Last-Attempt-Date: Fri, 24 Jun 2022 08:48:31 -0700 (PDT)


---------- Forwarded message ----------
From: William Most <williammost@gmail.com>
To: mngusmanlaw@gusmanlaw.com
Cc: Caroline Gabriel <caroline.gabriel.ma@gmail.com>
Bcc:
Date: Fri, 24 Jun 2022 10:48:18 -0500
Subject: Grant v. Gusman, E.D. La. 17-cv-2797
----- Message truncated -----