Orleans Parish, LA

## Summary

| | |
|---|---|
| Tax Bill Number | 38W400912 |
| Municipal District | 3 |
| Location Address | 4478 VENUS ST |
| Property Class | R - RESIDENTIAL |
| Special Tax District | |
| Subdivision Name | GENT TERR |
| Zoning District | Show Viewer (41214512) |
| Land Area (sq ft) | 11900 |
| Building Area (sq ft) | 2907 |
| Revised Bldg Area (sq ft) | 0 |
| Square | 9 |
| Book | 04 |
| Lot/Folio | 26-29/009 |
| Line | 013 |
| Legal Description | 1. GENTILLY TERRACE SQ 9<br>2. LOT 26, 27, 28 & 29 VENUS 25X119 EACH<br>3. WD/FR SGLE 8 1/2 RMS A/R GAR<br>4. AGE |
| Assessment Area | GENTILLY TERRACE<br>Show Assessment Area Map |
| Parcel Map | Show Parcel Map |



## Owners

**GUSMAN MARLIN N**
4478 VENUS ST
NEW ORLEANS LA 70122 0000
**Additional Owners**
GUSMAN RENEE B

## Quick Links

## Valuation

| | | 2023 Uncertified | 2022 Certified | 2021 Certified |
|---|---|---|---|---|
| | Land Value | $59,500 | $59,500 | $59,500 |
| + | Building Value | $211,100 | $200,500 | $211,100 |
| = | Total Value | **$270,600** | **$260,000** | **$270,600** |
| | Assessed Land Value | $5,950 | $5,950 | $5,950 |
| + | Assessed Building Value | $21,110 | $20,050 | $21,110 |
| = | Total Assessed Value | **$27,060** | **$26,000** | **$27,060** |
| - | Homestead Exemption Value | ($7,500) | ($7,500) | ($7,500) |
| = | Taxable Assessment | **$19,560** | **$18,500** | **$19,560** |
| | Special Assessment Treatment | | | |
| | Age Freeze | | | |
| | Disability Freeze | | | |
| | Assessment Change | | | |
| | Tax Contract | | | |

## Sales

| Sale/Transfer Date | Price | Grantor | Grantee | Notarial Archive Number | Instrument Number |
|---|---|---|---|---|---|
| 5/26/1988 | $83,000 | | | 00756373 | 000000000 |
| 1/2/1986 | $0 | | | 02261986 | 000000000 |
| 9/21/1982 | $0 | | | 12201982 | 000000000 |

## Photos