UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY GRANT, | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | CASE NO.: 17-cv-2797-NJB-DMD |
| | * | |
| MARLIN GUSMAN, *et al.,* | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### *EX PARTE* MOTION TO ENROLL
### ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF

NOW INTO COURT, respectfully comes the undersigned, who moves pursuant to Local Rule 83(b)(14)(A) that Caroline Gabriel (Bar No. 38224) of the law firm of Most & Associates, 201 St. Charles Ave., Ste. 114, # 101, New Orleans, LA 70170, be enrolled as additional counsel of record for Plaintiff.

**WHEREFORE**, Plaintiff prays that this Court enter an Order permitting Caroline Gabriel to enroll as additional counsel for Plaintiff in this proceeding.

Respectfully submitted,

*/s/ William Most* _____
William Most, 36914
Dave Lanser, 37764
Caroline Gabriel, 38224
MOST & ASSOCIATES
201 St. Charles Ave., Ste. 114, # 101
New Orleans, LA 70170
Telephone: (504) 509-5023
williammost@gmail.com
david.lanser@gmail.com
caroline.gabriel.ma@gmail.com

*Attorneys for Plaintiff*