UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY GRANT, | * | |
| Plaintiff, | * | |
| | * | |
| VERSUS | * | CASE NO.: 17-cv-2797-NJB-DMD |
| | * | |
| MARLIN GUSMAN, *et al.,* | * | |
| Defendant. | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **ORDER**

Considering the foregoing *EX PARTE* MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD FOR PLAINTIFF by Plaintiff's counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED.  Caroline Gabriel (Bar No. 38224) of the law firm of Most & Associates, shall be and is hereby enrolled as additional counsel of record for Plaintiff in the above-captioned matter.

New Orleans, Louisiana, this _____ day of _____, 2022.

_____
JUDGE