UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2797** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(3)** |

### ORDER

Considering Plaintiff Rodney Grant's ("Plaintiff") "Ex Parte Motion to Enroll Additional Counsel of Record,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's Motion is **GRANTED** and that Caroline Gabriel (La. Bar No. 38224) of Most & Associates is hereby enrolled as additional counsel of record for Plaintiff. William Brock Most and David Joseph Lanser remain enrolled as counsel for Plaintiff.

**NEW ORLEANS, LOUISIANA**, this  14th  day of September, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 254

1