UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 "G" (3) |
| **VERSUS** | : | CHIEF JUDGE BROWN |
| **MARLIN GUSMAN, ET AL.** | : | MAG. JUDGE DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### JOINT NOTICE OF SETTLEMENT

NOW INTO COURT, come Plaintiff and all Defendants (Sheriff Hutson, Corey Amacker, Sidney Holt, and Marlin Gusman[1]) to inform this Court that all remaining claims in this case have been settled.

Specifically, the parties have agreed on an amount of damages to be paid by Defendants to Plaintiff, and agreed that Plaintiff is the prevailing party for the purpose of attorneys fees and costs. Defendants will pay the agreed-upon damages to Plaintiff, and the parties will discuss the quantum of attorneys fees and costs. If the parties cannot reach consensus on the quantum, Plaintiff will submit a fee and cost petition to the Court.

The parties respectfully request that this Court retain jurisdiction for that purpose.

Because of the above, Plaintiff's Renewed Motion for Summary Judgment (Rec. Doc. 252) is moot.

Respectfully submitted,

*/s/ Graham Bosworth*
Graham Bosworth (LSBA No. 29538)
Bosworthg@opso.us

*/s/ Isaka R. Williams*
Isaka R. Williams (LSBA No. 29704)
John S. Williams (LSBA No. 32270)
Williamsjo@opso.us
2800 Perdido Street New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile

*Attorneys for Sheriff Hutson, Corey Amacker,
Sidney Holt, and Marlin Gusman*

*/s/ William Most*
William Most (LSBA No. 36914)
Caroline Gabriel (LSBA No. 38224)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff*

---

[1] The Sheriff's counsel is representing Mr. Gusman, and will file a motion to enroll on his behalf.