UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT, | ) Case No. 17-cv-2797-NJB-DMD |
| Plaintiff, | ) Section "G" (3) |
| v. | ) |
| MARLIN GUSMAN, *et al.*, | ) Judge Brown |
| | ) Magistrate Judge Douglas |
| Defendants. | ) |

**JOINT STATUS UPDATE**

**A.    THE PARTIES**

**Plaintiff represented by William Most and Caroline Gabriel**

      Rodney Grant

**Orleans Parish Sheriff's Office ("OPSO") Defendants, Graham Bosworth and Isaka Williams**

      Sheriff Susan Hutson

      Sidney Holt

      Corey Amacker

      Marlin Gusman

*Note*: Mr. Bosworth and Ms. Williams have not yet enrolled as counsel for Mr. Gusman, but have indicated they represent him.

**B.    PENDING AND ANTICIPATED MOTIONS:**

The following motion is past its submission dates: Plaintiff's Renewed Motion for Summary Judgment against Defendant Marlin Gusman in his individual capacity. Rec. Doc. 252. That motion, however, has been mooted by a settlement by the parties. See Section F, below.

The parties anticipate that attorney Isaka Williams will file a motion to enroll as counsel for all remaining defendants, and attorney Graham Bosworth will file a motion to additionally enroll as counsel

1

for defendant Gusman.

### C.   IMPORTANT DATES AND TRIAL

The following are the currently scheduled dates; however, the parties jointly ask that they be taken off calendar due to a settlement by the parties. See Section F, below.

1. Dates of Status Conferences:  **n/a**

2. Final Pretrial Conference: **February 23, 2023 at 4:00pm**

3. Trial is set for  **March 20, 2023 at 9:00am**

4. This case is a  **jury**   trial.

5. Trial is expected to last  **3-4**   days.

### D.   UNDERLYING FACTUAL AND LEGAL ISSUES

The basic factual background is as follows:

In 2008, Plaintiff Rodney Grant was arrested, convicted, and sentenced to serve fifteen years in the custody of the Department of Public Safety & Corrections. After serving approximately seven years, Mr. Grant was released in 2015 on parole supervision. On June 27, 2016, Mr. Grant was arrested on an outstanding warrant. Three days later, he plead guilty and Judge Camille Buras sentenced him to serve one year in DOC custody with "credit for time served from 9-14-08 thru 2015." On July 27, 2016, Mr. Grant was released back on parole supervision.

Principle legal issues are as follows:

There are no remaining live legal issues due to a settlement by the parties. See Section F, below.

### E.   REMAINING DISCOVERY

The parties have exchanged written discovery, and depositions have been taken. The discovery deadlines have since passed and no further discovery is expected in this case.

### F.     SETTLEMENT

The parties have reached a settlement. Specifically, the parties have agreed on an amount of damages to be paid by Defendants to Plaintiff, and agreed that Plaintiff is the prevailing party for the purpose of attorneys fees and costs. Defendants will pay the agreed-upon damages to Plaintiff, and the parties will discuss the quantum of attorneys fees and costs. If the parties cannot reach consensus on the quantum, Plaintiff will submit a fee and cost petition to the Court. The parties respectfully request that this Court retain jurisdiction for that purpose.

Respectfully submitted,

*/s/ Graham Bosworth*
Graham Bosworth (LSBA No. 29538)
Bosworthg@opso.us

*/s/ Isaka R. Williams*
Isaka R. Williams (LSBA No. 29704)
John S. Williams (LSBA No. 32270)
Williamsjo@opso.us
2800 Perdido Street New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile

*Attorneys for Sheriff Hutson, Corey Amacker, Sidney Holt, and Marlin Gusman*

*/s/ William Most*
William Most (LSBA No. 36914)
Caroline Gabriel (LSBA No. 38224)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff*