UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION No. 17-2797** |
| **VERSUS** | **SECTION G (3)** |
| **MARLIN GUSMAN, ET AL** | |

### MOTION TO ENROLL ADDITIONAL COUNSEL OF RECORD

**NOW INTO COURT,** comes Graham Bosworth counsel of record in this case for the Defendants, Sheriff Susan Hutson, Sidney Holt, Corey Amacker and Marlin Gusman, and on suggesting to the Court that Isaka R. Williams desires to enroll as additional counsel of record on behalf of said Defendants, that Graham Bosworth consents to such enrollment, that Defendants are aware of this motion and it is entered into with their knowledge.

RESPECTFULLY SUBMITTED,

**ORLEANS PARISH SHERIFFF'S OFC.**

   /S/ Graham Bosworth
**Graham Bosworth (LSBA No. 29538)**
Co-Chief Legal Officer
Bosworthg@opso.us
   /S/Isaka R. Williams
**Isaka R. Williams (LSBA No. 29704)**
Staff Attorney
Williamsis@opso.us
**John S. Williams (LSBA No. 32270)**
Co-Chief Legal Officer
Williamsjo@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile
*COUNSEL FOR DEFENDANT*
**-PUBLIC ENTITY/FEE EXEMPT-**
**(See La. R.S. 13:4521 & 13:5112)**

1

**CERTIFICATE OF SERVICE**

   I hereby certify that on this 26th day of September 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

                                  *S/Graham Bosworth*
                                  **Graham Bosworth**