UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION No. 17-2797** |
| **VERSUS** | **SECTION G (3)** |
| **MARLIN GUSMAN, ET AL** | |

**ORDER**

**IT IS ORDERED, ADJUDGED and DECREED** that Isaka R. Williams be enrolled as additional counsel of record for Defendants in these proceedings.

New Orleans, Louisiana, **this_____ day of SEPTEMBER 2022.**

_____
**HONORABLE NANNETTE JOLIVETTE BROWN**