UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT et al.** | **CIVIL ACTION** |
| **VERSUS** | **CASE NO. 17-2797** |
| **MARLIN GUSMAN et al.** | **SECTION: "G"(3)** |

### ORDER

The Court having been advised that the parties have firmly agreed upon a compromise,[1]

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed without costs and without prejudice to the right, upon good cause shown within sixty days, to reopen the action if settlement is not consummated. The Court retains jurisdiction to enforce the compromise agreed upon by the parties and to determine the amount of attorney's fees to which Plaintiff Rodney Grant is entitled.

**IT IS FURTHER ORDERED** that the parties be directed to file an appropriate order of dismissal as soon as the settlement documents are executed. If no motion to reopen is filed, the case is officially closed, and the Clerk of Court shall be relieved of responsibility of sending out further notices in this matter.

Counsel are reminded that, if witnesses have been subpoenaed, <u>every witness</u> must be notified by counsel not to appear.

**NEW ORLEANS, LOUISIANA**, this 26th day of September, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 256; Ex. A.



| | |
|---|---|
| **From:** | William Most |
| **To:** | eFile-Brown |
| **Cc:** | caroline.gabriel.ma@gmail.com; david.lanser@gmail.com; jwilliams@jswlawoffices.com; O"briena@ag.louisiana.gov; glazerp@ag.louisiana.gov; gbosworth@bosworthtown.com |
| **Subject:** | Re: 17-cv-02797-NJB-DMD Grant, et al v. Gusman et al. |
| **Date:** | Monday, September 26, 2022 2:09:01 PM |

**CAUTION - EXTERNAL:**

Dear Chambers,

No, we do not believe there are any live claims against Secretary LeBlanc.

Thank you,

William Most
Counsel to Plaintiff

On Mon, Sep 26, 2022 at 2:03 PM eFile-Brown <eFile-Brown@laed.uscourts.gov> wrote:

> Counsel,
>
> The Court is in receipt of the notice of settlement in 17-cv-2797 Grant et al. v. Gusman et al. Is Plaintiff still pursuing any remaining state law claims against James LeBlanc?
>
> Thank you,
>
> Chief Judge Brown's Chambers

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.