UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2797** |
| **MARLIN GUSMAN, et al.** | **SECTION: "G"(3)** |

### ORDER

Considering Defendants Sheriff Susan Hutson, Corey Amacker, Sidney Holt and Marlin Gusman's (collectively, "Movants") "Motion to Enroll Additional Counsel of Record,"[1]

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** and that Isaka R. Williams (La. Bar No. 29704) of the Orleans Parish Sheriff's Office is hereby enrolled as additional counsel of record for Movants. John S. Williams and Graham Leaming Bosworth remain enrolled as counsel of record for Movants.

**NEW ORLEANS, LOUISIANA**, this 27th day of September, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 258.