## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | **:** | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | **:** | **MAG. JUDGE DOUGLAS** |

*************************************************************************

### Motion for Attorneys Fees and Costs

NOW COMES Plaintiff Rodney Grant, through counsel, to seek his attorneys fees and costs pursuant to 42 U.S.C. § 1988 and an agreement of the parties that he is the prevailing party.

This case was about how Mr. Grant was imprisoned for twenty-seven days past his legal release date. Twelve of those days were in the custody of the Orleans Parish Sheriff's Office ("OPSO"). Mr. Grant sued for the violation of his constitutional and state law rights.

Over five and a half years of litigation, Mr. Grant prevailed against OPSO. After an interlocutory appeal, Plaintiff and OPSO reached a settlement. They agreed that Plaintiff is the prevailing party for the purpose of fees and costs. Plaintiff now seeks those fees and costs from the OPSO Defendants. The requested fees and costs are summarized in the following table, and supported by the attached Memorandum in Support and Exhibits.

| Attorney | Number of Hours | Hourly Rate | Fees |
|---|---|---|---|
| William Most | 411.5 | $350 | $144,025.00 |
| William Most (Joint Overdetention) | 109.5 | $350 (divided by 6) | $6,387.50 |
| David Lanser | 71.1 | $275 | $19,552.50 |
| Caroline Gabriel | 28.2 | $250 | $7,050.00 |
| Meghsha Barner | 19.5 | $235 | $4,582.50 |
| Amanda Hass | 15.6 | $225 | $3,510.00 |
| Allison Sickle | 127.85 | $125 | $15,981.25 |
| *Grant*-Specific Costs | | | $4,577.89 |

1

| | |
|---|---|
| Overdetention Costs (divided by 6) | $274.36 |
| **Subtotal:** | $201,088.75 |
| Reduction for Billing Judgment (-$12,653.25) | $188,435.50 |
| Reduction for Success of Claims (-25%): | $141,326.63 |
| Proposed Johnson Multiplier (1.5x): | $211,989.94 |
| **Total:** | **$211,989.94** |

For the reasons detailed above, Plaintiff asks that this Court direct OPSO Defendants to pay $211,989.94 in attorneys fees and costs.

Respectfully submitted,

**Most & Associates**

*/s/ William Most*
WILLIAM MOST (La. Bar No. 36914)
CAROLINE GABRIEL (La. Bar. No. 38224)
DAVID LANSER (La. Bar No. 37764)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff Rodney Grant*