UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY GRANT** : CIVIL ACTION

: NO. 2:17-CV-2797 "G" (3)

**VERSUS**

: CHIEF JUDGE BROWN

**MARLIN GUSMAN, ET AL.** : MAG. JUDGE DOUGLAS

*************************************************************************

**Order on Motion for Attorneys Fees and Costs**

CONSIDERING THE FOREGOING *Motion for Attorneys Fees*, and the arguments for and against and the evidence submitted therewith, IT IS ORDERED that the motion is GRANTED. The Court finds that the requested fees and hourly rates are reasonable, considering the application of billing discretion, reduction for success of claims, and proposed *Johnson* multiplier as detailed in the follow chart.

| Attorney | Number of Hours | Hourly Rate | Fees |
|---|---|---|---|
| William Most | 411.5 | $350 | $144,025.00 |
| William Most (Joint Overdetention) | 109.5 | $350 (divided by 6) | $6,387.50 |
| David Lanser | 71.1 | $275 | $19,552.50 |
| Caroline Gabriel | 28.2 | $250 | $7,050.00 |
| Meghsha Barner | 19.5 | $235 | $4,582.50 |
| Amanda Hass | 15.6 | $225 | $3,510.00 |
| Allison Sickle | 127.85 | $125 | $15,981.25 |
| *Grant*-Specific Costs | | | $4,577.89 |
| Overdetention Costs (divided by 6) | | | $274.36 |
| | | **Subtotal:** | $201,088.75 |
| Reduction for Billing Judgment (-$12,653.25) | | | $188,435.50 |
| Reduction for Success of Claims (-25%): | | | $141,326.63 |
| Proposed *Johnson* Multiplier (1.5x): | | | $211,989.94 |

1

|  | Total: | $211,989.94 |
|---|---|---|

Within 60 days of this order, OPSO Defendants shall deliver a check to Plaintiff's counsel for the sum of $211,989.94.

SO ORDERED on this the _____ day of _____, 202_, in New Orleans, LA.

_____

JUDGE