UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**Notice of Submission**

Plaintiff's Motion for Attorneys Fees and Costs shall be noticed for submission on December 14, 2022.

          Respectfully submitted,

          **Most & Associates**

          */s/ William Most*_____
          WILLIAM MOST (La. Bar No. 36914)
          CAROLINE GABRIEL (La. Bar. No. 38224)
          DAVID LANSER (La. Bar No. 37764)
          201 St. Charles Ave., Ste. 114 #101
          New Orleans, LA 70170
          Tel: (504) 509-5023
          Email: williammost@gmail.com

          *Attorneys for Plaintiff Rodney Grant*