UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY GRANT | ) | CIVIL ACTION |
|     Plaintiff | ) | |
| | ) | NO. 17-2797 |
| VERSUS | ) | |
| | ) | SECTION "G" |
| | ) | |
| MARLIN GUSMAN, et al | ) | MAGISTRATE KNOWLES |
|     Defendants | ) | |
| | ) | |

## INITIAL DISCLOSURE ON BEHALF OF ORLEANS PARISH SHERIFF'S OFFICE

**NOW INTO COURT**, through undersigned counsel, come Orleans Parish Sheriff's Office Defendants ("Defendants"), who set forth the following for their Initial Disclosure required under F.R.C.P. 26:

(i). **Name and address of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects for the information:**

Orleans Parish Sheriff's Office Defendants reserve the right to supplement this disclosure as discovery proceeds. Subject to this reservation, the following individuals are identified.

1. Sheriff Marlin N. Gusman
   Orleans Parish Sheriff's Office
   2800 Perdido Street
   New Orleans, LA 70119

2. Carmen DeSadier
   Orleans Parish Sheriff's Office
   2800 Perdido Street
   New Orleans, LA 70119

3. Djuana Bierria
   Orleans Parish Sheriff's Office
   2800 Perdido Street
   New Orleans, LA 70119

    4. Sidney Holt
       Orleans Parish Sheriff's Office
       2800 Perdido Street
       New Orleans, LA 70119

    5. Chris Stinson
       Orleans Parish Sheriff's Office
       2800 Perdido Street
       New Orleans, LA 70119

    6. Blake Arcuri
       Orleans Parish Sheriff's Office
       2800 Perdido Street
       New Orleans, LA 70119

(ii) **Copy of or description by category and location of all documents, data, compilations, and tangible things that are in the possession custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:**

It is anticipated the following items may be used or offered during the trial of this matter:

1. Orleans Parish Sheriff's Office document for Rodney Grant

2. Criminal District Court records for Rodney Grant

(iii) **A compilation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosures, on which such computation is based, including materials bearing on the nature and extent of injuries suffered.**

OPSO defendants claim no damages associated with this matter.

(iv) **For inspection and copying as under Rule 34, any insurance agreement under which any person carrying on as an insurance business may be liable to satisfy part or all of a judgment which may be entered in the action or to indemnity or reimburse for payment made to satisfy the judgment:**

OPSO has no insurance agreement applicable to the instant matter.

OPSO Defendants anticipate that this Disclosure will be supplemented as discovery proceeds in connection with this matter.

Respectfully submitted,

**ORLEANS PARISH SHERIFF'S OFFICE**

*/s/Blake J. Arcuri*_____
BLAKE J. ARCURI (LSBN 32322)
FREEMAN R. MATTHEWS (LSBN 9050)
2800 Perdido Street
New Orleans, LA 70112
Tel: 504.202.9404; Fax: 504.202.9454
arcurib@opso.us
*COUNSEL FOR DEFENDANT*
-PUBLIC ENTITY/FEE EXEMPT-
(See La. R.S. 13:4521 & 13:5112)

**CERTIFICATE OF SERVICE**

I do hereby certify that I have served a copy of the foregoing pleading on counsel to this proceeding by placing the same into the United States mail, properly addressed and First Class postage prepaid, on this 15th day of September, 2017.

_*/s/Blake J. Arcuri*_____