William Most <williammost@gmail.com>

## Rodney Grant Motions

**Arcuri, Blake** <arcurib@opso.us>                                           Wed, Dec 19, 2018 at 10:26 AM
To: William Most <williammost@gmail.com>
Cc: "Centorino, Scott" <CentorinoS@ag.louisiana.gov>, "Rodrigue, Laura" <rodriguela@opso.us>

I dont know what procedural tactic I will use at this time, if I decide to pursue it. I may directly file with the court. It certainly goes to our defenses.

Blake J. Arcuri
General Counsel
Orleans Parish Sheriff's Office
2800 Perdido St.
New Orleans, LA 70119
Tel: (504) 493-2107; Cell (504) 481-5597; Fax(504) 202-9454
arcurib@opso.us

---

**From:** William Most <williammost@gmail.com>
**Sent:** Wednesday, December 19, 2018 10:23 AM
**To:** Arcuri, Blake
**Cc:** Centorino, Scott; Rodrigue, Laura
**Subject:** Re: Rodney Grant Motions

Blake,

If I'm understanding you correctly, you are saying you and Laura may ask the District Attorney's office to seek a correction of Mr. Grant's sentence to be at least one year, which would result in him serving more time in prison. Is that right?

Thank you,

William

On Tue, Dec 18, 2018 at 11:28 AM Arcuri, Blake <arcurib@opso.us> wrote:

> Yes, it is. Burglary of an inhabited dwelling has a minimum 1 year sentence. His credit for time served is something like 30 days.
>
> Blake J. Arcuri
> General Counsel
> Orleans Parish Sheriff's Office
> 2800 Perdido St.
> New Orleans, LA 70119
> Tel: (504) 493-2107; Cell (504) 481-5597; Fax(504) 202-9454
> arcurib@opso.us

**From:** William Most <williammost@gmail.com>
**Sent:** Tuesday, December 18, 2018 11:17 AM
**To:** Arcuri, Blake
**Cc:** Centorino, Scott; Rodrigue, Laura
**Subject:** Re: Rodney Grant Motions

Blake,

Which sentence are you talking about? The sentence that was out of compliance with Art. 880 (1 year, credit for time served on previous crime) was vacated and replaced with a flat credit for time served sentence. See attached. Or do you think that sentence is illegal too?

William

On Tue, Dec 18, 2018 at 10:33 AM Arcuri, Blake <arcurib@opso.us> wrote:

> We don't object, and best of luck.  We may seek correction of Rodney Grant's illegal sentence anyway, and believe that would have otherwise prompted a stay.
>
> **From:** William Most [mailto:williammost@gmail.com]
> **Sent:** Tuesday, December 18, 2018 9:28 AM
> **To:** Centorino, Scott
> **Cc:** Rodrigue, Laura; Arcuri, Blake
> **Subject:** Re: Rodney Grant Motions
>
> June is fine by me. If you pair it with a motion to stay, we are going to have to continue the trial date anyway. So I think it'll make sense to the court.
>
> On Tue, Dec 18, 2018 at 9:17 AM Centorino, Scott <CentorinoS@ag.louisiana.gov> wrote:
>
>> William,
>>
>> The submission date is an interesting question- I was thinking I'd just mark a date in June. That will thoroughly confuse the court as trial is currently set for April. I could also mark a date in March more in line with what they're expecting but that will presumably be bumped. What are your thoughts?
>>
>> Scott
>>
>> ---
>>
>> **From:** William Most [mailto:williammost@gmail.com]
>> **Sent:** Tuesday, December 18, 2018 8:54 AM
>> **To:** Centorino, Scott <CentorinoS@ag.louisiana.gov>
>> **Cc:** Rodrigue, Laura <rodriguela@opso.us>; Arcuri, Blake <arcurib@opso.us>
>> **Subject:** Re: Rodney Grant Motions
>>
>> Scott,

Thank you for your service! I respect that enormously.

No objection to a stay of the case for that reason, provided the stay extends discovery. And no objection to filing documents under seal.

I have a trial in January, so if you don't mind coordinating with me about the MSJ submission date, I'd very much appreciate it.

William

On Mon, Dec 17, 2018 at 3:30 PM Centorino, Scott <CentorinoS@ag.louisiana.gov> wrote:

> All,
>
> I am reaching out for two reasons. First, I wanted to give you all a heads-up that I will soon be filing a motion to stay our suit between January 21 and May 17, 2019. It seems I will soon be ordered to active duty with the US Army Reserve during that time. I have not yet filed the motion because I have not yet received my orders (I was slated to report in October but was not ordered). But it seems real this time and I will file the motion as soon as it is official. I've been told I'll have my orders in hand by the end of this week.
>
> Second, in an effort to get as much done on my side in as many cases as possible before I leave, I am preparing a Motion for Summary Judgment in this case. I know the parties are planning to engage in further discovery, at least in the form of additional depositions. But because I will be filing the motion to stay, I don't anticipate the MSJ being heard any time soon. There may be a good compromise to be made where the joint depositions of the DOC folks can go on without me while I am gone because DOC will be represented by counsel for the other cases. I think we ought to cross that bridge when we come to it.
>
> In any event, and this is particularly directed at William, some of the exhibits for the MSJ are Mr. Grant's criminal records, DOC files etc and they contain a large amount of information regarding his criminal history and private information like his SS#. Do you all have an objection to those documents being filed under seal? That seems like the fair solution to me.
>
> Thanks very much for your feedback,



**Scott G. Centorino**

Assistant Attorney General, Litigation Division
Office of Attorney General Jeff Landry
Phone: (504) 599-1200  Fax: (504) 599-1212

Email Address: CentorinoS@ag.louisiana.gov
www.AGJeffLandry.com






> The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

The information contained in this transmission may contain privileged and confidential information. It is intended only for the use of the person(s) named above. If you are not the intended recipient, you are hereby notified that any review, dissemination, distribution or duplication of this communication is strictly prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message. To reply to our e-mail administrator directly, please send an e-mail to postmaster@ag.state.la.us.

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*

*This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.*