Gmail                                                                                      William Most <williammost@gmail.com>

## Grant v. Gusman Settlement Offer

**Arcuri, Blake** <arcurib@opso.us>                                                   Fri, Feb 28, 2020 at 5:11 AM
To: William Most <williammost@gmail.com>, "Rodrigue, Laura" <rodriguela@opso.us>
Cc: Amanda Hass <amanda.hass@gmail.com>, David Lanser <david.lanser@gmail.com>, Pete Matthews <petematthewslaw@gmail.com>, "Cazenave, Kimberly" <cazenavek@opso.us>

William,

In exchange for a full dismissal of all claims against the OPSO defendants, our clients would agree to accept a $15,000 payment from Mr. Grant for their costs and fees incurred throughout this litigation. I note that this is a fraction of what we intend to purse, and to subsequently enforce against his inmate commissary, telephone, and earnings accounts for all current and future incarcerations, should we obtain a favorable verdict.

Thanks,
Blake

Sent from Nine

---

**From:** William Most <williammost@gmail.com>
**Sent:** Thursday, February 27, 2020 10:37 PM
**To:** Arcuri, Blake; Rodrigue, Laura
**Cc:** Amanda Hass; David Lanser
**Subject:** Grant v. Gusman Settlement Offer

Blake and Laura,

This is a settlement offer for *Grant v. Gusman*.

Cases involving wrongful imprisonment have resulted in very high verdicts, including those of greater than $10,000 per hour. For example, in *Young v. City of Little Rock*, 249 F. 3d 730 (8th Cir. 2001), the jury awarded a $100,000 for a half day of overdetention ($41,666 per hour), and this award was upheld by the appellate court. [Fn 1] As a result, settlements are also often very high as well. [Fn 2]. Louisiana itself has paid out six-figure sums for overdetention.[Fn 3]

And Mr. Grant is in a very strong negotiating position – just last week, a Louisiana federal judge granted a plaintiff's motion for summary judgment against in a similar case. *McNeal v. DPS&C*, 18-cv-736, 2020 WL 798321 (M.D. La., Feb. 18, 2020).

If a jury were to find for Mr. Grant at the *Young v. City of Little Rock* rate, that would be **$5.4 million**. But Mr. Grant proposes a compromise settlement for damages based on a daily rate of $10,000 per day . At this time, Mr. Grant attributes at least 20 days of this overdetention to the DOC delay, and at least 7 days to the delay of OPSO. Therefore, he proposes a settlement of $70,000 from OPSO defendants, plus attorneys fees.

Thank you,

William

[1] *See also Jaipersaud v. Ashley*, 10-CV-455-SCJ, (N.D. GA.) (2012 federal jury verdict of $87,500 in compensatory damages and $50,000 in punitive damages for a wrongful arrest with ten hours in jail which is $137,500 for 10 hours ($13,750 an hour)); *Koth v. City of Pasadena*, Los Angeles Superior Court Case No. C-698-065 ($100,000 for 22 hours ($4,546 an hour) for a man who was misidentified and detained).

[2] *Tucker v. D.C.*, 1:12-cv-777 (D.D.C.) ($30,000 for two hours in custody or $15,000 an hour); *Plaintiff v. Miami-Dade County*, Miami-Dade County 06-04336-CA27 ($25,000 for four hours in custody or $6,250 an hour); *Jones v. County of Los Angeles*, 04 cv-8286 (S.D. Ca.) ($100,000 for less than a day in custody or $4,167 an hour).

[3] In 1986, the State paid Jerome Robinson $253,809.61 because he had been denied a shortening of his sentence for good behavior. In 2003, the State of Louisiana paid $125,000 to an inmate who had been held past a release date. *See also Owens v. Stadler*, W.D. La. 08-cv-00768 (DOC paid an inmate $130,000 for miscalculating his time.)

This email and any files transmitted with it are confidential and intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the Orleans Parish Sheriff's Office. This message contains confidential information and is intended only for the individual named. If you are not the named addressee you should not disseminate, distribute or copy this e-mail. Please notify the sender immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. If you are not the intended recipient you are notified that disclosing, copying, distributing or taking any action in reliance on the contents of this information is strictly prohibited.