UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF WILLIAM QUIGLEY IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, William P. Quigley, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees, and state as follows:

1.  My name is William Quigley. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2.  I am a law professor and Director of the Law Clinic and the Gillis Long Poverty Law Center at Loyola University New Orleans.

3.  I have been an active public interest and human rights lawyer since 1977.

4.  I have litigated numerous cases with the NAACP Legal Defense and Educational Fund, Inc., the Advancement Project, and with the ACLU of Louisiana where I was General Counsel for over 15 years.

5.  I served as Legal Director of the Center for Constitutional Rights in NYC from 2009 to 2011 before returning to Loyola.

6.  I was awarded the Stanford Law School National Public Service Award in 2006, the 2006 Camille Gravel Civil Pro Bono Award from the Federal Bar Association New Orleans Chapter and the 2006 National Lawyers Guild Ernie Goodman award. In 2007 the University of California named me their Social Justice Scholar in Residence. In 2009, I was the Daynard Public

Interest Visiting Fellow at Northeastern University School of Law. In 2011, I was awarded the Fordham University School of Law Louis J. Lefkowitz Public Service Award and the Activist Scholar Award of the Urban Affairs Association. In 2015 I was awarded the Fr. Robert Drinan Pro Bono Award from American Association of Law Schools Pro Bono and Public Service Opportunities Section. In 2015 I was appointed Co-Dean of the School of Law and Political Science of Universite Fondation Dr. Aristide (UNIFA), Port au Prince, Haiti.

7. I have litigated numerous federal court civil rights cases in Louisiana and other states in the areas of constitutional law, voting rights, housing, civil liberties, including:

- *Sarmiento v Ramos,* No. 6:16-cv-01424 (W.D. La. 2016), co-counsel on petition for habeas corpus for release of Honduran man from Pine Prairie Detention Center on bond while pursuing humanitarian immigration relief based on finding of reasonable fear of persecution in Honduras.

- *Does 1, 2, and 3* v *Bossier Parish School Board,* (W.D. La 2018), co-counsel on successful First Amendment action to protect the separation of church and state for students in a public school system. Co-counsel with Americans United for Separation of Chruch and State.

- *Yarls v Bunton,* No. 3:16-cv-00031; (M.D. La. 2016), co-counsel in class action on behalf of arrested people who were put on a "waiting list" by public defender due to lack of funds.

- *Romain v Sonnier,* No. 2:15-cv-06942 (E.D. La. 2015) co-counsel in federal class action seeking injunction against termination of SNAP food stamps for 64,000 people.

- *Cain v New Orleans,* No. 15-cv-04479 (E.D. La. 2015) co-counsel in federal class action against criminal court judges, police, sheriff, and city challenging constitutionality of putting indigent people in prison for non-payment of fines and fees.

- *Snow v Lambert,* No. 15-cv-00567 (M.D. La. 2015) co-counsel in federal class action filed against Ascension Parish Judge and Sheriff for jailing people too poor to pay scheduled bonds to get out of custody after arrest without an individual determination of their ability to pay.

- *Chisom v. Jindal,* 890 F.Supp.2d 696 (E.D La. 2012), successful 2012 challenge effort by Louisiana Supreme Court to deny the Chief Justice position to Justice Bernette Johnson. Enforced prior consent judgment.

- *Doe v. Jindal,* No. 11-388, 2011 WL 3925042, (E.D. La. 2011), successful federal constitutional challenge to Louisiana crime against nature statute.

- *Rodney v. McKeithen,* No. 06-00735 (M.D. La. Sept. 18, 2006), successful challenge to failure to redistrict Louisiana parishes of Pointe Coupee, Madison, West Feliciana, East Carroll. Co-counsel with Lawyers Committee for Civil Rights, Washington, DC.

- *Sylvester v. Boissiere,* No. 05-0527 (E.D. La. 2005), negotiated successful due process challenge to inadequate notice by tacking for absentee renters after Katrina. Co-counsel with Advancement Project. November 2005

- *Hamdan v. Foti,* No. 03-1420 (E.D. La. 2003), First Amendment challenge of Muslim prisoners to lack of accommodation to their religion at Ramadan. Settled 2004.

- *Parents for Educational Justice, et al v. Picard,* No. 00-0633 (E.D. La. 2000), Due Process constitutional challenge on behalf of parents of publicschool children to use of Louisiana LEAP test for retention purposes. Case Dismissed on Standing. Lead counsel.

- *Maxwell v. Foster,* No. 98-1378, 1999 WL 33507675 (W.D. La. Nov 28, 1999), intervention on behalf of African American voters in challenge of black-majority legislative district in north Louisiana. Co-counsel LDF.

- *Wilson v. St. Francisville,* No. 92-765 (M.D. La. 1992), successful challenge to town council elections. Result: consent creation of additional black majority voting district. 1996 effort of town to set aside consent judgment. Matter reheard and new black majority district created. Co-counsel with Voting Rights Project of ACLU, Atlanta, Georgia.

- *Hays v. Edwards,* Nos. 92-1522, 95-1241 (W.D. La. 1992), intervention on behalf of African American voters in challenge to black-majority Louisiana congressional district by white voters. Intervention originally denied by District Court, Fifth Circuit and U.S. Supreme Court; subsequently allowed. Case lost in three judge court, January 1996; cert denied as moot by U.S. Supreme Court, summer 1996. Co-counsel with LDF.

- *Bates v. Phelps,* No. 89-65 (W.D. La. 1989), successful constitutional class action by death-row inmates concerning access to courts issues. Co-counsel with National Prison Project.

- *Hamilton v. Mortal,* No. 88-3736 (E.D. La. 1988), class action by 3000+ inmates in Orleans Parish jails challenging conditions of confinement. Successful settlement of medical issues, psychiatric issues, and environmental issues.

- *Mitchell v. Housing Authority of New Orleans,* No. 87-1446 (E.D. La. 1987), successful class action to enforce federal regulations re: lead paint poisoning. Lead counsel. Motion for Contempt filed with New Orleans Legal Assistance Corporation, Fall 1993.

- *Jones v. Edwards,* 674 F.Supp 1225 (E.D. La. Oct. 16, 1987), unsuccessful class action challenging voter purges prior to elections. Co-counsel with LDF.

- *Schultz v. Edwards,* No. 86-4926 (E.D. La. 1986), successful class action by 450,000 Medicaid recipients to restore illegal program and budget cuts. Lead counsel with New Orleans Legal Assistance Corporation.

- *Oakdale Legal Assistance v. Bureau of Prisons,* No. 86-01884 (W.D. La. 1986), successful challenge to BOP curtailment of access of paralegals to incarcerated clients. Lead counsel.

- *Thompson v. City of New Orleans,* No. 85-5475 (E.D. La. 1985), successful class action challenge to municipal criminal ordinance "sleeping in public" used to harass homeless. Lead counsel.

- *Ringe v. Romero,* 624 F.Supp 417 (W.D. La. 1985), successful constitutional challenge invalidating Louisiana statute and local ordinances "consent to search" laws. Lead counsel.

- *Melvin Jones v. City of New Orleans,* No. 85-2897 (E.D. La. 1985), successful class action challenging municipal restrictions on campaign signs. Lead counsel

- *Valteau v. Edwards,* No. 84-1293 (E.D. La. March 21, 1984), three judge court, federal statewide class action resulting in the reinstatement of the Presidential Primary in Louisiana which was canceled after Rev. Jesse Jackson announced he sought Democratic nomination. Lead counsel with LDF.

- *Quant v. Edwards,* No. 84-3841 (E.D. La. 1984), unsuccessful federal statewide class action challenging Louisiana's voter registration laws. Lead counsel with LDF.

- *Major v. Treen,* 574 F.Supp 325 (E.D. La. 1983), three judge court, federal class action resulted in reapportionment of Congressional districts of Louisiana. Created Louisiana's first black majority congressional district and one of the first cases to interpret the newly amended Voting Rights Act. Co-counsel with LDF

- *Shirley Jones v. City of New Orleans* (E.D. La. 1983), successful class action resulting in improvements in law enforcement computer identification in Greater New Orleans area. Lead counsel.

- *Meadows v. City of New Orleans*, No. 83-703 (E.D. La 1983), successful action improving rights of hearing-impaired persons in interrogation, arrest and incarceration. Lead counsel.

- *Jackson v. H.A.N.O.*, No. 82-3907 (E.D. La. 1982), successful class action to utility allowances, eviction procedures and general conditions in St. Thomas Housing Development. Lead counsel.

- *Alexander v. Landrieu*, No. 79-4040 (E.D. La. 1979), successful class action challenge to conditions in Desire Housing Development. Lead counsel.

8. In my role, I research and am aware of the rates typically charged by plaintiffs' attorneys in the New Orleans area in a variety of practice areas.

9. I am aware that plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

10. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability. Mr. Most is a highly accomplished, highly respected attorney.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 23 day of October 2022.

By: _____
William P. Quigley