UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

*************************************************************************

### DECLARATION OF MARY E. HOWELL IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Mary E. Howell, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Related Expenses, and state as follows:

1. My name is Mary E. Howell. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I am a 1973 graduate of Tulane University School of Law, Order of the Coif, and have been in private practice in New Orleans, Louisiana since 1977. I am a member in good standing of the Louisiana state bar and the bars of the U.S. District Court, Eastern District of Louisiana and the 5th Circuit, U.S. Courts of Appeal.

3. For over 44 years I have represented plaintiffs in numerous federal civil rights cases involving police misconduct and prisoners' rights.

4. I have received recognition for my work as a civil rights attorney from a number of professional, legal and community organizations. I am a long-time member of the National Police Accountability Project and am a past-chair of the Civil Rights Committee of the Louisiana Trial Lawyers Association. I have spoken at numerous continuing legal education programs, law schools and other gatherings on various subjects related to the practice of civil rights law, in particular police misconduct and jail/prisoner litigation.

5. I often speak with local practicing attorneys regarding current market rates in the New Orleans area and am aware of a number of court decisions regarding New Orleans' attorneys' fees hourly rates.

6. I am familiar with Mr. William Most, have consulted and worked with him on civil rights cases and have referred potential clients to him. In my discussions with him regarding civil rights cases, I have found him to be very knowledgeable, hard-working, creative and dedicated. It is my understanding that he has his own law firm, in private practice, and has charged clients and other attorneys up to $350 an hour for his services.

7. As a long-time civil rights attorney in New Orleans, I am encouraged that there are younger attorneys who are establishing private practices in the City and are willing to take on civil rights cases, in particular cases involving police misconduct and prisoners' rights. Unfortunately, many established law firms still, to this day, tend to shy away from these cases. These cases are often difficult, protracted, and risky. I believe that it is essential, in order to protect our most fundamental constitutional and civil rights, that we have local attorneys who are willing, able and competent to undertake these cases. In order for a plaintiffs' civil rights private law firm to succeed, it is essential that attorneys who are willing to take these cases are compensated at reasonable rates which are comparable, (and, in appropriate situations, enhanced), to those of attorneys in other practice areas which are traditionally more remunerative and less fraught.

8. I am aware that plaintiff is seeking the following hourly rates for the attorneys in this case:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |

| Meghsha Barner | 3 | 235 |
|---|---|---|
| Amanda Hass | 2 | 225 |

9. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of October, 2022.

By: _____
Mary E. Howell