UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 "G" (3) |
| **VERSUS** | : | CHIEF JUDGE BROWN |
| **MARLIN GUSMAN, ET AL.** | : | MAG. JUDGE DOUGLAS |

*********************************************************************

### DECLARATION OF CASEY DENSON IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Casey Denson, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees, and state as follows:

1. My name is Casey Denson. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I graduated *magna cum laude* from Tulane University, and later, *magna cum laude* from Tulane Law School.

3. While at Tulane Law I was a managing editor of the Tulane Law Review and was awarded the honor of membership in the Order of the Coif.

4. I served as a clerk for the Honorable John Conery in Franklin, Louisiana before relocating to New York City where I worked both as a public defender and a child protective services attorney.

5. In 2015, I moved to Denver, Colorado, and joined the firm of Killmer, Lane & Newman, LLP as an Associate Attorney, litigating a wide array of civil rights and employment discrimination matters in federal and state court.

6. Thereafter, I joined the firm of Benezra & Culver again litigating a wide array of civil rights and employment discrimination matters in federal and state court.

7. In 2018, I founded Casey Denson Law, LLC, located in New Orleans.

8. My practice focuses on civil rights and employment cases.

9. I am licensed to practice law in Louisiana, Misissippi and Colorado.

10. My experience spans all aspects of litigation, from initial case analysis to written discovery, depositions, motions, trial, and appeal.

11. My hourly rate is $350 per hour.

12. As the owner of my law firm, I routinely set billing rates for the firm. I research and am aware of the rates typically charged by plaintiffs' attorneys in the New Orleans area in a variety of practice areas.

13. In addition to my general knowledge and experience, I have worked directly with William Most, Caroline Gabriel, and Amanda Hass as co-counsel.

14. I am aware that plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

15. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of October, 2022.

By: _____
Casey Denson