UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

*************************************************************************

### DECLARATION OF JOHN ADCOCK IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, John Adcock, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Related Expenses, and state as follows:

1. My name is John Adcock. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I am the sole owner of the John Adcock Law LLC, located in New Orleans, Louisiana.

3. I graduated from LSU's Paul M. Hebert Law Center in 2006.

4. I have worked in private practice in June 2009. My practice is devoted primarily to civil rights, immigration, and criminal defense.

5. I am licensed to practice law in Louisiana.

6. I have handled numerous cases at the trial level and several cases at the appellate level.

7. As the owner of my law firm, I routinely set billing rates for the firm. I research and am aware of the rates typically charged by plaintiffs' attorneys in the New Orleans area in a variety of practice areas.

8. In addition to my general knowledge and experience, I have worked directly with

William Most and David Lanser as co-counsel.

9. I am aware that plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

10. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 28th day of October, 2022.

By: _____
John Adcock