UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 "G" (3) |
| **VERSUS** | : | CHIEF JUDGE BROWN |
| **MARLIN GUSMAN, ET AL.** | : | MAG. JUDGE DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DECLARATION OF KERRY MURPHY IN SUPPORT OF PLAINTIFF'S MOTION FOR ATTORNEYS' FEES AND COSTS

I, Kerry Murphy, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees, and state as follows:

1. My name is Kerry Murphy. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I graduated *cum laude* from the University of Wisconsin Law School in 2007, where I served as the Note and Comment Editor of the Wisconsin Law Review.

3. I am the founder and sole managing member of Kerry Murphy Law LLC, a firm which handles cases in New Orleans and throughout Louisiana.

4. I am licensed to practice law in Louisiana and Wisconsin.

5. From 2007 to 2012, I worked as an associate at the law firm of Liskow & Lewis in New Orleans, where my practice focused on commercial litigation.

6. In 2012, I served as a law clerk to the Honorable Susie Morgan of the United States District Court for the Eastern District of Louisiana.

7. From 2012 to 2017, I worked as an associate at the law firm of Jones Swanson Huddell & Garrison in New Orleans, where my practice focused on commercial litigation.

8. In 2017, I formed Lasky Murphy LLC, a boutique litigation firm based in New

Orleans, with my partner, Katie Lasky, and co-owned and managed that firm until September 2020. Between 2017 and 2020, my practice focused on plaintiff and employee-side employment litigation as well as business and commercial litigation.

9. In October 2020, I formed Kerry Murphy Law LLC, a boutique employment law firm based on New Orleans. My firm's practice focuses exclusively on plaintiff and employee-side employment litigation and advising.

10. My experience spans all aspects of litigation, from initial case analysis to written discovery, depositions, motions, trial, and appeal.

11. I was selected for inclusion in New Orleans Magazine's Top Lawyers list in 2019, 2020, and 2021, the Louisiana Super Lawyers® list for 2023, and the Louisiana Super Lawyers® "Rising Star" list in 2014 through 2022.

12. I was a member of the Board of Directors of the Louisiana Bar Foundation from 2017 through 2020. Prior to that, I was a member and later the chair of the Bar Foundation's Greater New Orleans Community Partnership Panel from 2010 to 2017. From 2021 to 2022, I served on the Bar Foundation's Development/Major Gifts Subcommittee.

13. I have been a panelist on numerous CLE presentations in recent years, such as presentations on ethics and professionalism for the Louisiana State Bar Association's Ethics and Professionalism Watch Your Ps and Qs Seminar, the LJC/LSBA Joint Summer School, the LSBA's Summer School Revisited, the LSBA's Trial Practice Seminar, the Louisiana Bankers Association Bank Counsel Conference, the New Orleans Bar Association's 11th Hour Ethics and Professionalism Series, and the New Orleans Bar Association's Procrastinators' Program.

14. I am a member of the National Employment Lawyers Association (NELA). In addition, I am one of the founders of the Plaintiffs' Employment Lawyers' Association-South

Louisiana ("PELA"), an active local group of plaintiff-side employment attorneys in the greater New Orleans area. I served as the co-chair of PELA from its founding in 2019 through July 2021.

15. My hourly rate charged in hourly matters is $350 per hour.

16. As the owner of my law firm, I routinely set billing rates for the firm. I research and am aware of the rates typically charged by plaintiffs' attorneys in the New Orleans area in a variety of practice areas.

17. In addition to my general knowledge and experience, I have worked directly with William Most, David Lanser, and Amanda Hass as co-counsel.

18. I am aware that Plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

19. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 27th day of October, 2022.

By: *Kerry Murphy*
Kerry Murphy