UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | **MAG. JUDGE DOUGLAS** |

*************************************************************************

## DECLARATION OF LUZ M. MOLINA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

I, Luz M. Molina, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees, and state as follows:

1. My name is Luz M. Molina. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I graduated with a J.D. from Tulane University Law School in 1979.

3. I am the Jack Nelson Distinguished Professor of Law at the Loyola College of Law.

4. I have been a practicing attorney for 43 years, serving the needs of those who lack access to the courts in matters such as immigration proceedings, and civil rights in claims under Title VII and 42 U.S.C. § 1983, ADA, and ADEA, and the Fair Labor Standards Act .

5. I currently work with student practitioners in a labor and employment law practice as part of my Workplace Justice Project at the Loyola College of Law.

6. In my role, I research and am aware of the rates typically charged by plaintiffs' attorneys in the New Orleans area in a variety of practice areas.

1

7. I am aware that plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

8. In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24 day of October, 2022.

By: _____
Luz M. Molina