UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | CIVIL ACTION |
| | : | NO. 2:17-CV-2797 "G" (3) |
| **VERSUS** | : | CHIEF JUDGE BROWN |
| **MARLIN GUSMAN, ET AL.** | : | MAG. JUDGE DOUGLAS |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DECLARATION OF TARAK ANADA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

I, Tarak Anada, under penalty of perjury, submit this Declaration in support of Plaintiff's Motion for Attorneys' Fees and Related Expenses, and state as follows:

1. My name is Tarak Anada. I am over the age of 18 and competent in all respects to give this Declaration. The information contained herein is based on my personal knowledge.

2. I am a partner in the Litigation Practice Group of Jones Walker, LLP.

3. I received a juris doctorate degree, *cum laude*, from Pepperdine University School of Law in 2008, and I am licensed to practice law in Louisiana and Texas.

4. I have won jury trials, judge trials, and arbitrations; negotiated settlements; and pursued successful appeals on behalf of Fortune 500 multinational corporations, emerging growth companies, and startups in the energy, environmental, offshore drilling, maritime, construction, healthcare, life sciences, food and agriculture, and other sectors.

5. My hourly rate is more than the rates of William Most and his co-counsel referenced herein.

6. As a partner of my law firm, I routinely deal with billing rates for the firm. I research and am aware of the rates typically charged by attorneys in the New Orleans area in a variety of practice areas.

7.      In addition to my general knowledge and experience, I have worked directly with William Most as co-counsel.

8.      I am aware that plaintiff is seeking the following rates:

| Attorney | Years' Experience | Requested Rate |
|---|---|---|
| William Most | 11 | 350 |
| David Lanser | 5 | 275 |
| Caroline Gabriel | 4 | 250 |
| Meghsha Barner | 3 | 235 |
| Amanda Hass | 2 | 225 |

9.      In my opinion, the hourly rates sought by the attorneys in this case are within the range of what would be considered to be reasonable market rates for attorneys practicing in New Orleans, with comparable experience, skill and ability.

10.     These rates are less than what I am used to seeing in private practice in New Orleans.

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on this 24th day of October, 2022.


By: /s/ Tarak Anada
    Tarak Anada