| | | | |
|---|---|---|---|
| | Orleans Parish Sheriff's Office<br><br>POLICY | **EFFECTIVE DATE:** | 7/22/2016 |
| | | **LAST REVIEW DATE:** | |
| | | **REVIEW DATE:** | |
| **SUBJECT:** | Department of Corrections Pre-Classification | | |
| **OPSO NUMBER:** | 501.13 | | |
| **FORMS:** | List of DOC Offenders for Transfer, Hunt Run (transfer list) | | |
| **AUTHORIZING AUTHORITY:** | Sheriff | Signature *[signed]* | Date: 8/19/2019 |
| | Compliance Director | Signature: *[signed] R Hodges* | Date: 02-11-19 |
| **RECOMMENDING AUTHORITY:** | Chief of Corrections<br>Byron LeCounte | Signature: *[signed] Byron* | Date: 7-11-19 |
| **CONSENT JUDGEMENT #:** | No sections apply to this topic | | |
| **ADDITIONAL REFERENCES:** | DOC Master Information Interview Form | | |

## I. POLICY

Inmates sentenced to the Department of Corrections (DOC) shall be processed in preparation for transfer to DOC facilities by deputies assigned to the DOC Pre-Classification section when the required paperwork and/or notification is received from the courts and/or DOC. Inmates may also be processed for return to the DOC if they violate the rules.

## II. APPLICABILITY

This policy applies to inmates and all OPSO deputies assigned to the DOC Pre-Classification Unit.

## III. AUTHORITY

A. **Louisiana Administrative Code, Title 22, Corrections, Criminal Justice and Law Enforcement, Part III. Commission on Law Enforcement and Administration of Criminal Justice, Subpart 2. Minimum Jail Standards:**

No standards apply to this topic.

   B. Louisiana State Department of Public Safety and Corrections Basic Jail Guidelines:
      - III-008

IV. **STANDARDS REFERENCED**

   A. American Correctional Association (ACA), 4th Edition, Performance-Based Standards for Adult Local Detention Facilities:

   No standards apply to this topic.

V. **GENERAL INFORMATION**

   A. Overview
      1. All deputies assigned to (DOC) Pre-Classification section shall receive training in:
         a. The use of the AFIS machine, including the entry of prison sentence information.
         b. DNA collection using "Bode Buccal DNA" swabs.
         c. The DOC interview process for the packets to be sent to the Department of Corrections.
      2. The DOC Pre-Classification section is responsible for:
         a. Processing inmates sentenced to state prison, including the collection of information and completion of tasks requested/ required by the DOC.
         b. Compiling the weekly transfer list to the DOC for the inmates whose DOC packets have been completed.
         c. Using the JMS to track DOC inmates assigned to programs or work release while in OPSO custody.
            1) If an inmate is removed from a program/work detail as the result of a rule violation, the pre-classification deputy is responsible for adding the inmate's name to the transfer list as the rule violation disqualifies the inmate from a program/work release. The reason for transfer is noted as "disciplinary."
            2) The disciplinary report is sent by the Pre-Classification Deputy to the DOC upon completion.
         d. Completing a "sex offender housing plan" for an inmate as requested by the DOC:
            1) The DOC e-mails the housing plan to the Pre-Classification Deputies. The deputies print the plan, complete the information, scan it in and return it to DOC via e-mail.

  2) A housing plan must be completed prior to the release of any inmate who has been convicted of and has completed a sentence for a sex offense as specified in Title 15 of the Louisiana Criminal Code.

 e. Maintaining a spreadsheet of the total number of male and female inmates who have been transferred to DOC:

  1) The spreadsheet is titled "Year to Date DOC Transfers" and is updated weekly.

  2) The spreadsheet is sent by the Pre-Classification Deputy to the facility the OJC Warden, all Unit Managers, CCS, the Intake supervisor, and the Records Manager on a weekly basis.

 f. Determining if an inmate sentenced to DOC should have received a letter of credit if one has not been issued, and working with the Records manager ~~clerks~~ to obtain the letter if one should have been or was issued.

  1) A missing letter of credit may be the result of an error by the court and/or a clerical error in Records and/or the inmate may have requested a sentencing delay.