# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 17-02797** |
| **MARLIN GUSMAN, ET AL.** | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |

* * * * * * * * * * * * * * * * * * * *

## MOTION FOR EXTENSION OF SUBMISSION DATE

NOW INTO COURT, through undersigned counsel, comes former Sheriff Marlin N. Gusman, Sheriff Susan Hutson, Corey Amacker, and Sidney Holt, who respectfully move to extend the submission date of Plaintiff's Motion for Attorney' Fees (Rec. Doc. 261)

1.

Plaintiff's Motion is presently set to be submitted on December 14, 2022.

2.

Defendants counsel has an unavoidable conflict on December 14, 2022 and has several simultaneous briefs and motions due in other cases; accordingly, Defendants request that the submission date be extended to December 28, 2022.

3.

In support, counsel for Defendants state that consent has been sought from Plaintiff's counsel and counsel is not opposed to the filing of this present motion and all parties have

agreed that the submission date for Plaintiff's Motion (Rec. Doc. 261) shall be extended from December 14, 2022 to December 28, 2022.

4.

Specifically, the parties have agreed through mutual consent that although the submission date would be extended to December 28, 2022; defendants' opposition would be due by December 14, 2022 and Plaintiff's reply brief will be due in accordance with Local Rules governing reply briefs.

**WHEREFORE**, Defendants pray that this Motion be GRANTED and that the submission date be extended to December 28, 2022.

**RESPECTFULLY SUBMITTED,**

**ORLEANS PARISH SHERIFFF'S OFC.**

__/S/Isaka R. Williams_____
**Isaka R. Williams (LSBA No. 29704)**
Staff Attorney
Williamsis@opso.us
**Graham Bosworth (LSBA No. 29538)**
Co-Chief Legal Officer
Bosworthg@opso.us
2800 Perdido Street
New Orleans, LA 70119
(504) 822-8000 office
(504) 202-9454 facsimile
*COUNSEL FOR DEFENDANT*
**-PUBLIC ENTITY/FEE EXEMPT-**
**(See La. R.S. 13:4521 & 13:5112)**

**CERTIFICATE OF SERVICE**

I hereby certify that on this 29th day of November 2022, a copy of the foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent by operation of the court's electronic filing system. I also certify that a copy of the foregoing will be sent to all non-CM/ECF participant(s) by United States Mail, properly addressed and postage pre-paid.

*S/ Isaka R. Williams*
**Isaka R. Williams**