UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| **VERSUS** | * | **NUMBER: 17-02797** |
| **MARLIN GUSMAN, ET AL.** | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |

* * * * * * * * * * * * * * * * * * * *

## ORDER

**CONSIDERING THE FOREGOING** Motion to Extend Submission date filed by Defendants:

**IT IS HEREBY ORDERED** that the Motion is GRANTED and that the submission date be extended from December 14, 2022 to December 28, 2022

New Orleans, Louisiana, this _____ day of November, 2022.

_____
**HON. NANNETTE JOLIVETTE BROWN**
**UNITED STATES MAGISTRATE JUDGE**