UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY GRANT | CIVIL ACTION |
| VERSUS | NO. 17-2797 |
| MARLIN GUSMAN, et al. | SECTION: "G" |

### ORDER

Before the Court is Defendants Sheriff Marlin Gusman, Sheriff Susan Hutson, Corey Amacker, and Sidney Holt's (collectively, "Movants") Unopposed Motion for Extension of Submission Date.[1] In the motion, Movants request that the Court continue the submission date of Plaintiff Rodney Grant's Motion for Attorney's Fees from December 14, 2022, to December 28, 2022.[2] Considering the motion,

**IT IS HEREBY ORDERED** that Movants' motion[3] is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Attorney's Fees[4] is set for submission on December 28, 2022.

**NEW ORLEANS, LOUISIANA**, this  29th  day of November, 2022.

_____
**NANNETTE JOLIVETTE BROWN
CHIEF JUDGE
UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 262.

[2] *Id*.

[3] *Id*.

[4] Rec. Doc. 261.

1