**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 1--VAGUE BILLING ENTRIES

| Date | Team Member | Description | HR | Rate | Sum | Discount | Total |
|---|---|---|---|---|---|---|---|
| 7/12/2016 | William Most | Legal research and analysis regarding overdetention | 0.3 | 350 | 105 | | 105 |
| 7/22/2016 | W. Most Overdetention | Meeting and corr with Stas M. of OPD | 0.5 | 350 | 175 | | 175 |

| 7/26/2016 | William Most | Correspondence with Aaron Zagory re: overdetention plaintiff | 0.2 | 350 | 70 | | 70 |
|---|---|---|---|---|---|---|---|
| 8/4/2016 | William Most | Phone call and email to Alfred Marshall | 0.1 | 350 | 35 | | 35 |
| 8/23/2016 | William Most | Call with Rodney: [REMAINDER REDACTED FOR PRIVILEGE] | 0.2 | 350 | 70 | | 70 |
| 8/23/2016 | William Most | Legal research and correspondence with Nelson Cameron | 0.3 | 350 | 105 | | 105 |
| 9/21/2016 | William Most | Phone call to Rodney; left voicemail | 0.1 | 350 | 35 | 35 | 0 |
| 9/21/2016 | William Most | Correspondence with Aaron Zagory re: R. Grant | 0.2 | 350 | 70 | | 70 |
| 9/21/2016 | William Most | Meeting with Rodney Grant; discuss case | 2.4 | 350 | 840 | | 840 |
| 10/6/2016 | William Most | Two phone calls to OPSO; no one picked up | 0.1 | 350 | 35 | 35 | 0 |
| 10/24/2016 | William Most | Email to Craig Frosch re: email search | 0.1 | 350 | 35 | | 35 |
| 10/24/2016 | William Most | Email to J. VIning re: packet from OPSO to DOC | 0.1 | 350 | 35 | | 35 |

| | | | | | | 35 | |
|---|---|---|---|---|---|---|---|
| 10/24/2016 | William Most | Left message for Blake Arcuri re: PRA | 0.1 | 350 | 35 | | 0 |
| 10/31/2016 | William Most | Meeting with Allison Sickle | 0.2 | 350 | 70 | | 70 |
| 11/1/2016 | William Most | Correspondence with OPSO counsel | 0.1 | 350 | 35 | | 35 |
| 11/2/2016 | William Most | Legal research; Correspondence with OPSO counsel | 0.2 | 350 | 70 | | 70 |
| 11/2/2016 | William Most | Review PRA responses | 0.3 | 350 | 105 | | 105 |
| 11/2/2016 | William Most | Prepare assigning memorandum to A. Sickle | 0.4 | 350 | 140 | | 140 |
| 11/18/2016 | William Most | Meeting with A. Sickle | 1 | 350 | 350 | | 350 |
| 11/21/2016 | William Most | Correspondence with R. Grant | 0.1 | 350 | 35 | | 35 |
| 11/21/2016 | William Most | Legal research; Kingsley et al. | 0.2 | 350 | 70 | | 70 |
| 12/19/2016 | William Most | Phone calls to tallulah re PRA | 0.1 | 350 | 35 | | 35 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/19/2016 | William Most | Phone calls to tallulah re PRA | 0.3 | 350 | 105 | | 105 |
| 12/19/2016 | Allison Sickle | Reviewing Rodney's facts/researchign case law/reading DOC and OPSO's emails | 3 | 125 | 375 | | 375 |
| 2/8/2017 | William Most | VM for R. Grant | 0.1 | 350 | 35 | 35 | 0 |
| 2/8/2017 | William Most | Legal research | 0.3 | 350 | 105 | | 105 |
| 2/15/2017 | William Most | Phone call with R. Grant | 0.1 | 350 | 35 | | 35 |
| 2/15/2017 | William Most | Legal research; PRA to OPSO | 0.3 | 350 | 105 | | 105 |
| 2/15/2017 | William Most | Legal research and analysis; prepare complaint; correspondence with A. Sickle | 2.6 | 350 | 910 | | 910 |
| 2/17/2017 | William Most | Prepare for meeting with Rodney | 0.4 | 350 | 140 | | 140 |
| 2/17/2017 | William Most | PRA to OPSO; phone call to Blake Arcuri | 0.4 | 350 | 140 | | 140 |
| 2/23/2017 | William Most | Meeting with A. Sickle | 1 | 350 | 350 | | 350 |

| Date | Name | Description | | | | | |
|---|---|---|---|---|---|---|---|
| 3/10/2017 | Allison Sickle | Including information on new overdetention case on Excel sheet | 0.15 | 125 | 18.75 | | 18.75 |
| 3/20/2017 | William Most | Conference with MSB | 0.2 | 350 | 70 | | 70 |
| 3/23/2017 | William Most | Legal research re: Joliet and 4th amendment; prepare memorandum; correspondence with A. Sickle | 0.5 | 350 | 175 | | 175 |
| 3/23/2017 | Allison Sickle | Collecting/sending documents from Rodney's 417-717 case, drafting email explaining findings from clerk of court | 0.75 | 125 | 93.75 | | 93.75 |
| 3/25/2017 | William Most | Legal research re possibility for false arrest claim; Correspondence with OPSO counsel and A. Sickle | 0.8 | 350 | 280 | | 280 |
| 3/27/2017 | Allison Sickle | Phone calls to get copies of Rodney's files from DA and OPD | 0.3 | 125 | 37.5 | | 37.5 |
| 4/3/2017 | William Most | Phone call with R. Grant | 0.1 | 350 | 35 | | 35 |
| 4/28/2017 | William Most | Correspondence with A. Sickle | 0.1 | 350 | 35 | | 35 |
| 5/8/2017 | William Most | Review MacArthur documents and revise memoranda | 0.2 | 350 | 70 | | 70 |

| 5/8/2017 | William Most | Meeting with MSB | 0.2 | 350 | 70 | | 70 |
| 5/8/2017 | William Most | Meeting with A. Sickle | 0.3 | 350 | 105 | | 105 |
| 5/30/2017 | William Most | Phone call with MSB | 0.1 | 350 | 35 | | 35 |
| 5/31/2017 | William Most | Correspondence with NPAP | 0.1 | 350 | 35 | | 35 |
| 6/8/2017 | William Most | Prepare service package | 0.3 | 350 | 105 | | 105 |
| 6/8/2017 | William Most | Review MTD | 0.3 | 350 | 105 | | 105 |
| 6/12/2017 | William Most | 880 assignment to DW | 0.2 | 350 | 70 | | 70 |
| 6/12/2017 | William Most | Phone call with S. Atri about Cacho v. Gusman | 0.2 | 350 | 70 | | 70 |
| 6/12/2017 | William Most | Discussion with MSB | 0.2 | 350 | 70 | | 70 |
| 6/12/2017 | William Most | Legal research; reach out to Julie Mao, JJ Rosenbaum, Sima about Cacho | 0.4 | 350 | 140 | | 140 |

| 6/15/2017 | William Most | Legal research re Frank Davis overdetention | 0.1 | 350 | 35 | | 35 |
|---|---|---|---|---|---|---|---|
| 6/15/2017 | William Most | Prepare disclosure to court | 0.2 | 350 | 70 | | 70 |
| 6/15/2017 | William Most | Reach out to James Benton re: Roger Thomas case. He said that his case was dismissed for failure of inmate to follow procedural grievance process. But that he got a lot of other info from other inmates saying they were overdetained. ANd a clerk who used to work for the DOC said it  is "rampant" | 0.2 | 350 | 70 | | 70 |
| 6/15/2017 | William Most | Prepare for and conduct phone call with JJ Rosenfield and Mary Yanik.[REMAINDER REDACTED FOR PRIVILEGE] | 0.9 | 350 | 315 | | 315 |
| 6/25/2017 | William Most | Call to James Benton | 0.1 | 350 | 35 | | 35 |
| 8/14/2017 | William Most | Scheduling phone call with Clerk of Court | 0.3 | 350 | 105 | 52.5 | 52.5 |
| 9/8/2017 | William Most | Review new docs from LaSalle | 0.2 | 350 | 70 | | 70 |
| 9/8/2017 | William Most | Legal research re pattern of overdetention | 0.5 | 350 | 175 | | 175 |

| 9/12/2017 | William Most | Corr. with MSB re service | 0.1 | 350 | 35 | | 35 |
|---|---|---|---|---|---|---|---|
| 9/12/2017 | William Most | Phone call and email to B. Arcuri, vm to B. Arcuri, text to B. Arcuri | 0.1 | 350 | 35 | | 35 |
| 10/2/2017 | William Most | Call with Rodney [REMAINDER REDACTED FOR PRIVILEGE] | 0.1 | 350 | 35 | | 35 |
| 10/2/2017 | William Most | Phone calls to Rodney Grant | 0.1 | 350 | 35 | | 35 |
| 10/2/2017 | William Most | Prepare and send motion to dismiss Lasalle/Stinson | 0.3 | 350 | 105 | | 105 |
| 10/19/2017 | W. Most Overdetention | Legal research; Lopez et al. | 0.3 | 350 | 105 | | 105 |
| 10/24/2017 | W. Most Overdetention | Meeting with Stas Moroz re: overdetention | 1 | 350 | 350 | | 350 |
| 10/25/2017 | W. Most Overdetention | Legal research re: Jauch | 0.3 | 350 | 105 | | 105 |
| 11/7/2017 | William Most | Meeting with MSB via telephone regarding next steps | 0.1 | 350 | 35 | | 35 |

| 12/7/2017 | W. Most Overdetention | Meeting with SPLC about strategy and next steps | 1.5 | 350 | 525 | | 525 |
|---|---|---|---|---|---|---|---|
| 12/7/2017 | W. Most Overdetention | Review pleadings; prepare for SPLC Meeting | 1 | 350 | 350 | | 350 |
| 12/11/2017 | W. Most Overdetention | Phone call with Dean Gilbert. [REMAINDER REDACTED FOR PRIVILEGE] | 0.3 | 350 | 105 | | 105 |
| 12/12/2017 | W. Most Overdetention | Review Keith Robertson files (potential item in pattern of overdetention) | 0.2 | 350 | 70 | | 70 |
| 12/18/2017 | W. Most Overdetention | Phone call with Brian McNeal.[REMAINDER REDACTED FOR PRIVILEGE] | 0.2 | 350 | 70 | | 70 |
| 1/4/2018 | W. Most Overdetention | Phone call with Stas about overdetention issues | 0.2 | 350 | 70 | | 70 |
| 2/5/2018 | W. Most Overdetention | Corr. with Stas re: PLRA | 0.2 | 350 | 70 | | 70 |
| 2/8/2018 | William Most | The compliance person at OPSO (Virginia Ryan) told me tonight that she has a list of overdetained folks. | 0.2 | 350 | 70 | | 70 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/16/2018 | W. Most Overdetention | Phone calls and Emily Posner | 0.3 | 350 | 105 | | 105 |
| 2/17/2018 | W. Most Overdetention | Corr. with Nelson Cameron re trial strategy | 0.2 | 350 | 70 | | 70 |
| 2/19/2018 | W. Most Overdetention | Phone call with MSB re: strategy and next steps | 0.1 | 350 | 35 | | 35 |
| 2/19/2018 | W. Most Overdetention | Review CHowns MSJ ruling; prepare memorandum on overdetention issues | 0.3 | 350 | 105 | | 105 |
| 03/01/2018 | Meghsha Barner | 03-01 reviewing depositions in other overdetention case | 0.6 | 235 | 141 | | 141 |
| 3/21/2018 | W. Most Overdetention | Phone call with MSB re: strategy and next steps | 0.1 | 350 | 35 | | 35 |
| 3/21/2018 | Meghsha Barner | 03-21 reviewing supplement to opposition to mtd | 0.1 | 235 | 23.5 | | 23.5 |
| 3/21/2018 | Meghsha Barner | 03-21 reviewing Jauch v. Choctaw County, No. 16-60690 (5th Cir. Oct. 24, 2017) and reviewing citedc ases | 0.6 | 235 | 141 | | 141 |

| 3/21/2018 | Meghsha Barner | 03-21 updating task list to add checking on PRA requests | 0.1 | 235 | 23.5 | 23.5 |
|---|---|---|---|---|---|---|
| 3/21/2018 | Meghsha Barner | 03-22 reviewing public records website and emailing with WBM about following up on requests, updating task list | 0.1 | 235 | 23.5 | 23.5 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing order on motion to dismiss | 0.5 | 235 | 117.5 | 117.5 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing second order on motion to dismiss | 0.2 | 235 | 47 | 47 |
| 03/29/2018 | Meghsha Barner | 03-29 reviewing WBM's email on orders re motions to dismiss | 0.1 | 235 | 23.5 | 23.5 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing order on motion to dismiss | 0.5 | 235 | 117.5 | 117.5 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing second order on motion to dismiss | 0.2 | 235 | 47 | 47 |
| | Meghsha Barner | | | | | |

| 03/29/2018 | | 03-29 reviewing WBM's email on orders re motions to dismiss | 0.1 | 235 | 23.5 | | 23.5 |
|---|---|---|---|---|---|---|---|
| 3/30/2018 | William Most | Consultation with Emily Washington re: Rodney Grant | 0.3 | 350 | 105 | | 105 |
| 3/30/2018 | W. Most Overdetention | Strategy and information sharing meeting with Jamila and Lisa Graybill | 1.9 | 350 | 665 | | 665 |
| 4/10/2018 | William Most | Review court orders re: MTDs | 0.3 | 350 | 105 | | 105 |
| 4/10/2018 | William Most | Legal research re: QI and 48 hour rule; review other examples for Monell claim; prepare second amended complaint | 5.2 | 350 | 1820 | | 1820 |
| 4/14/2018 | W. Most Overdetention | Review information from John Nettles re: overdetention | 0.2 | 350 | 70 | | 70 |
| 4/17/2018 | William Most | Meeting with MSB re: next steps | 0.1 | 350 | 35 | | 35 |
| 4/27/2018 | William Most | Prepare opposition to Motion to Dismiss | 1.5 | 350 | 525 | | 525 |
| 4/30/2018 | William Most | Legal research re: QI; prepare oppo to DOC Motion to Dismiss | 4.5 | 350 | 1575 | | 1575 |

| 5/1/2018 | William Most | Legal research re: QI; prepare and file oppo to DOC Motion to Dismiss | 6.9 | 350 | 2415 | | 2415 |
|---|---|---|---|---|---|---|---|
| 5/23/2018 | W. Most Overdetention | Call wtih Nelson Cameron re: CHowns. | 0.3 | 350 | 105 | | 105 |
| 5/23/2018 | Meghsha Barner | 05-23 reviewing most recent orders and scheduling in PACER | 0.1 | 235 | 23.5 | | 23.5 |
| 6/13/2018 | W. Most Overdetention | Contact with AG re drafts of op-ed | 0.1 | 350 | 35 | | 35 |
| 7/8/2018 | William Most | Work to get La. Leg. Auditor to investigate pattern of overdetention | 0.4 | 350 | 140 | | 140 |
| 7/12/2018 | William Most | Scheduling call with corut and email corr. with opposing counsel re: discovery | 0.3 | 350 | 105 | | 105 |
| 7/13/2018 | William Most | Corr. re: QI and stay of discovery | 0.2 | 350 | 70 | | 70 |
| 7/24/2018 | William Most | Corr. with Gary re: ethics and CGL policy | 0.2 | 350 | 70 | | 70 |
| 8/9/2018 | William Most | Legal research re: conflicts; corr. with S. Centorino | 0.6 | 350 | 210 | | 210 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 8/15/2018 | William Most | Contact Alfred Marshall to get Rodney contact info | 0.1 | 350 | 35 | | 35 |
| 8/30/2018 | William Most | Corr. with opposing counsel re depos and status report/ file status report | 0.5 | 350 | 175 | | 175 |
| 9/11/2018 | William Most | Email to Centorino re Boddye | 0.1 | 350 | 35 | | 35 |
| 9/11/2018 | William Most | Punitive claims research | 0.2 | 350 | 70 | | 70 |
| 9/12/2018 | William Most | Call with Stas | 0.1 | 350 | 35 | | 35 |
| 9/26/2018 | William Most | Corr. with S. Centorino | 0.1 | 350 | 35 | | 35 |
| 11/5/2018 | William Most | Meet and confer with S. Centorino | 0.7 | 350 | 245 | | 245 |
| 11/9/2018 | W. Most Overdetention | Call with D. Lanser re False IMprisonment | 0.2 | 350 | 70 | | 70 |
| 11/15/2018 | William Most | Meet and confer email to S. Centorino | 0.2 | 350 | 70 | | 70 |
| 11/26/2018 | William Most | Corr. with OC | 0.1 | 350 | 35 | | 35 |

| 11/28/2018 | W. Most Overdetention | Review training modules | 0.5 | 350 | 175 | | 175 |
|---|---|---|---|---|---|---|---|
| 12/18/2018 | William Most | Corr. with A Hass and Scott Medlock about case | 0.1 | 350 | 35 | | 35 |
| 12/19/2018 | William Most | Phone call with A. Hass re: 1st amendment retaliation | 0.2 | 350 | 70 | | 70 |
| 12/19/2018 | William Most | Phone call with Blake re: setnence correction | 0.3 | 350 | 105 | | 105 |
| 12/19/2018 | William Most | Dorthey research and corr. with B. Arcuri re: sentence correction | 0.6 | 350 | 210 | | 210 |
| 12/19/2018 | William Most | Legal research and analysis re:Blake's threat to send Rodney back to jail; prepare and send letter | 1.6 | 350 | 560 | | 560 |
| 2/13/2019 | W. Most Overdetention | Phone call with Gary about search terms and burden of searching | 0.4 | 350 | 140 | | 140 |
| 2/21/2019 | W. Most Overdetention | Corr. with Kelly Orians about additional witnesses for monell claim | 0.2 | 350 | 70 | | 70 |
| | W. Most Overdetention | | | | | | |

| 2/22/2019 | | Phone call with Amy and Ezra at FIrst 72 about collecting overdetention evidence | 0.5 | 350 | 175 | 175 |
|---|---|---|---|---|---|---|
| 2/27/2019 | W. Most Overdetention | Meeting with MacArthur about sharing information about overdetention cases | 2 | 350 | 700 | 700 |
| 3/8/2019 | William Most | Phone call with Rodney Grant | 0.2 | 350 | 70 | 70 |
| 3/9/2019 | W. Most Overdetention | Prep joint depo notice for LeBlanc; corr. with opposing counsel; prep for LeBlanc depo | 0.5 | 350 | 175 | 175 |
| 3/15/2019 | William Most | Scan and send corr. re: Grant depo | 0.1 | 350 | 35 | 35 |
| 3/20/2019 | W. Most Overdetention | Meeting with Amanda and Dave about next steps | 0.1 | 350 | 35 | 35 |
| 4/5/2019 | William Most | Discovery planning call with Gary and Beau | 0.1 | 350 | 35 | 35 |
| 5/28/2019 | W. Most Overdetention | Call with Allen Usry about Sheriffs settlement interest | 0.2 | 350 | 70 | 70 |
| 7/22/2019 | David Lanser | Reviewing discovery responses | 1.8 | 275 | 495 | 495 |

| 8/8/2019 | William Most | Call with Beau about discovery | 0.1 | 350 | 35 | | 35 |
|---|---|---|---|---|---|---|---|
| 9/17/2019 | David Lanser | Reviewing case file | 0.9 | 275 | 247.5 | | 247.5 |
| 10/16/2019 | W. Most Overdetention | Meeting with D. Sinkman at 650 Poydras | 1.5 | 350 | 525 | | 525 |
| 10/24/2019 | W. Most Overdetention | Coordinate with Posner & Washington about Heck strategy | 0.3 | 350 | 105 | | 105 |
| 10/29/2019 | William Most | Review crittindon pleadings looking for "past full term date" document | 0.5 | 350 | 175 | | 175 |
| 11/29/2019 | William Most | Reach out to counsel for input on 30(b)(6) quesitons | 0.1 | 350 | 35 | | 35 |
| 12/12/2019 | Amanda Hass | Visit at OPP | 1.3 | 225 | 292.5 | | 292.5 |
| 12/18/2019 | W. Most Overdetention | Review spoliation issues; begin spoliation memo; corr. with OC re: spoliation | 1.2 | 350 | 420 | | 420 |
| 12/18/2019 | David Lanser | Research related to Jeffrey Wheeler objections to discovery | 0.3 | 275 | 82.5 | | 82.5 |

| 12/19/2019 | W. Most Overdetention | Call with Beau Wheeler about spoliation | 0.1 | 350 | 35 | 35 |
|---|---|---|---|---|---|---|
| 12/19/2019 | Amanda Hass | Research sentence correction and retaliation | 0.5 | 225 | 112.5 | 112.5 |
| 1/3/2020 | W. Most Overdetention | Corr. with Caty Harrell about PRAs | 0.1 | 350 | 35 | 35 |
| 1/8/2020 | William Most | Call with OC about depositions | 0.1 | 350 | 35 | 35 |
| 1/21/2020 | William Most | Refile motion for leave to amend | 0.2 | 350 | 70 | 70 |
| 1/23/2020 | William Most | REview spolaition motion and provide feedback | 0.2 | 350 | 70 | 70 |
| 1/23/2020 | William Most | Meet and confer with DOC about data | 0.4 | 350 | 140 | 140 |
| 1/27/2020 | William Most | Corr. with Buras chambers | 0.2 | 350 | 70 | 70 |
| 1/28/2020 | William Most | Corr. re Deposition | 0.1 | 350 | 35 | 35 |
| 1/28/2020 | William Most | Depo prep call with A. Hass | 0.1 | 350 | 35 | 35 |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 2/4/2020 | William Most | Meet and confer abotu policies | 0.1 | 350 | 35 | | 35 |
| 2/9/2020 | William Most | Prepare and file motion, MIS, notice of submission, dec, and exhibits in support of motion for spoliation sanctions | 2.8 | 350 | 980 | | 980 |
| 2/19/2020 | William Most | Corr. with Beau re: discovery | 0.2 | 350 | 70 | | 70 |
| 2/20/2020 | David Lanser | Legal research for opposition to motions for summary judgment; incorporating into oppositions | 2.3 | 275 | 632.5 | | 632.5 |
| 2/20/2020 | David Lanser | Correspondence with Beau Wheeler re: outstanding discovery | 0.1 | 275 | 27.5 | | 27.5 |
| 3/26/2020 | William Most | Corr. with team about strategy of sending letter to judge | 0.1 | 350 | 35 | | 35 |
| 4/14/2020 | William Most | Review grant order on spoliation | 0.3 | 350 | 105 | | 105 |
| 4/14/2020 | W. Most Overdetention | Prepare and send anti-spoliation letter based on Grant order; corr. with OC | 0.3 | 350 | 105 | | 105 |
| 5/21/2020 | David Lanser | Editing joint status report; sending to William Most for review | 0.3 | 275 | 82.5 | | 82.5 |

| 8/4/2020 | William Most | Call with court re scheduling | 0.2 | 350 | 70 | | 70 |
|---|---|---|---|---|---|---|---|
| 8/13/2020 | W. Most<br>Overdetention<br><br>Call with US DOJ about case status | | 0.3 | 350 | 105 | | 105 |
| 10/23/2020 | W. Most<br>Overdetention<br><br>Reveiw Eason for comparable cases | | 0.3 | 350 | 105 | | 105 |
| 12/9/2020 | W. Most<br>Overdetention<br><br>Meeting with U.S. DOJ about extent to which information can be shared. | | 0.9 | 350 | 315 | | 315 |
| 2/2/2021 | W. Most<br>Overdetention<br><br>Meeting with M. Main about doc review project | | 0.3 | 350 | 105 | | 105 |
| 3/12/2021 | W. Most<br>Overdetention<br>Corr. with US DOJ | | 0.1 | 350 | 35 | | 35 |
| 3/31/2021 | William Most | Review DOC MSJ decision and corr. with team | 0.4 | 350 | 140 | | 140 |
| 4/5/21 | Caroline Gabriel<br><br>Prepared for phone call. Messaged with W. Most re phone call | | 0.1 | 250 | 25 | 25 | 0 |
| 5/7/2021 | William Most | Call with R. Grant | 0.1 | 350 | 35 | | 35 |

| | | | | | | |
|---|---|---|---|---|---|---|
| 7/16/2021 | W. Most Overdetention | Review Parker orders and share with team | 0.4 | 350 | 140 | 140 |
| 7/16/2021 | W. Most Overdetention | Hot Docs review from Humphrey | 2.1 | 350 | 735 | 735 |
| 7/17/2021 | W. Most Overdetention | Hot Docs review from Humphrey; corr. with team about contents | 4.1 | 350 | 1435 | 1435 |
| 2/11/2022 | William Most | Call with Rodney Grant about case status | 0.3 | 350 | 105 | 105 |
| 3/2/2022 | David Lanser | Reviewing 5th Circuit opinion | 0.2 | 275 | 55 | 55 |
| 5/16/2022 | William Most | Corr. with OPSO OC about status and next steps | 0.4 | 350 | 140 | 140 |
| 6/14/2022 | William Most | COrr. with OC about representation of defendants | 0.1 | 350 | 35 | 35 |
| 6/16/2022 | William Most | Corr. with Court re: Gusman mailing | 0.1 | 350 | 35 | 35 |
| 8/30/2022 | William Most | Call with G. B. about next steps in case and meeting | 0.2 | 350 | 70 | 70 |