**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **RODNEY GRANT** | * **CIVIL ACTION** |
| | * |
| | * |
| **VERSUS** | * **NUMBER: 17-02797** |
| | * |
| | * **SECTION "G"** |
| | * **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * |
| | * **MAGISTRATE "3"** |
| | * **JUDGE DOUGLAS** |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 2--BLOCK BILLING

| Date | Name | Description | Hours | Rate | Amount |
|---|---|---|---|---|---|
| 11/2/2016 | William Most | Legal research; Correspondence with OPSO counsel | | | 0.2 |
| 9/23/2016 | William Most | Prepare PRA requests; research into Talullah facilities; send PRAs to Madison Parish Detention Facility, OPSO, DOC | 1 | 350 | 350 |
| 12/20/2016 | William Most | Legal research and analysis; review A. Sickle work product | 0.3 | 350 | 105 |
| 12/22/2016 | Allison Sickle | Reading 5th Cir. case law on overdetention and briefing cases/reading Owner's memo ruling | 3.75 | 125 | 468.75 |
| 12/27/2016 | Allison Sickle | 5th Cir. case law research/working on memo | 3 | 125 | 375 |
| 12/28/2016 | Allison Sickle | 5th Cir. case law research/working on memo/reading secondary sources on §1983 prisoner claims | 5.5 | 125 | 687.5 |
| 12/29/2016 | Allison Sickle | working on memo/reading secondary sources on §1983 prisoner claims | 3 | 125 | 375 |
| 12/31/2016 | Allison Sickle | reviewing facts/documents from Owen's case/more 5th Cir. case law research | 6 | 125 | 750 |
| 1/3/2017 | William Most | Legal research and analysis; review work of A. Sickle; prepare overdetention memorandum; email to A. Sickle | 1.5 | 350 | 525 |
| 2/22/2017 | William Most | Phone call with R. Grant; prepare documents for transmittal | 0.4 | | 350 |
| 2/22/2017 | William Most | Phone call with Blake Arcuri: "Sentenced-D is short for Sentenced-DOC. If it's Parish Time, you get out. At Hunt they do Classification & Medical.  The packet goes to Baton Rouge prior to Rodney.  Credit Letter  Blake says "i don't know if he can get credit for time served for a different case that was after the fact. I think that was probably DOC's issue. They are going to say he wasn't in jail on that charge during that time period. They won't think about DOC time on another charge - they only look at this particular charge." Withdrew PRA; Blake will find out whether OPSO keeps copy of packet." | 0.8 | | 350 |
| 3/23/2017 | William Most | Legal research re: Joliet and 4th amendment; prepare memorandum; correspondence with A. Sickle | 0.5 | | 350 |
| 3/24/2017 | William Most | Review file; correspondence with A. Sickle | 0.3 | | 350 |
| 4/2/2017 | William Most | Prepare complaint; prepare civil cover sheet; prepare summons; file case; correspondence with co-counsel | 1.8 | | 350 |
| 4/23/2017 | William Most | Review file; consultation with Haller Jackson | 0.2 | | 350 |
| 4/26/2017 | William Most | Legal research; correspondence with T. Frampton re: Melvin (for Monell); prepare memorandum | 0.6 | | 350 |

1

| Date | Name | Description | Hours | Rate |
|---|---|---|---|---|
| 5/4/2017 | William Most | Review other examples of overdetention; prepare file; research and analysis; correspondence with K. Schwartzman | 0.7 | 350 |
| 5/5/2017 | William Most | Phone call with B. Arcuri. Correspondence with MSB. He says he's pulling together waivers for most of them, and has emailed and called Carmen but hasn't heard from her. He also asked if we'd be willing to drop some of the defendants in their individual capacity from the suit. He said they really have nothing to do with whether inmates get out or not. He said recently they got a $70k judgment against a plaintiff for frivolously adding defendants to the case. I told him that if he'll send me that opinion, we can then sit down and talk about whether some of the defendants should be let out. | 0.2 | 350 |
| 5/5/2017 | William Most | Phone call with MSB; reveiw documents; sign waiver forms | 0.3 | 350 |
| 5/16/2017 | William Most | Review Quinton Cruse overdetention example; correspondence with B. Arcuri; correspondence with MSB | 0.7 | 350 |
| 5/18/2017 | William Most | Phone call with 3rd party claims administrator; email correspondence | 0.2 | 350 |
| 5/21/2017 | William Most | Process waiver of service; correspondence with MSB; process returned waivers | 0.3 | 350 |
| 6/18/2017 | William Most | Review dpeositions from Cacho; prepare memoranda | 0.9 | 350 |
| 7/24/2017 | William Most | Review and incorporate feedback on brief; prepare opposition | 0.5 | 350 |
| 7/25/2017 | William Most | Review and incorporate feedback on brief; prepare opposition; file brief | 5.7 | 350 |
| 8/3/2017 | William Most | Review file; correspondence with MacArthur; review Crittindon | 0.9 | 350 |
| 8/4/2017 | William Most | Review file; legal analysis; corr. with MSB re Eerie issue | 0.2 | 350 |
| 10/26/2017 | William Most | Legal research and analysis re Jauch and R.S. § 15:704 ; prepare Supplement to Oppositions to Motions to Dismiss; prepare and file Motion for Leave to File Supplement | 2.1 | 350 |
| 11/1/2017 | W. Most Overdetention | Review Louisiana Legislative Auditor report; review Time Computation Guide and DPS&C regulations re: time calculation | 1.5 | 350 |
| 11/8/2017 | William Most | OPSO Insurer request; review pleadings | 0.2 | 350 |
| 11/8/2017 | W. Most Overdetention | Review crittindon and copelin pleadings | 1 | 350 |
| 12/7/2017 | W. Most Overdetention | Review pleadings; prepare for SPLC Meeting | 1 | 350 |
| 12/14/2017 | W. Most Overdetention | Review Crittindon and Copelin pleadings and prepare 'other examples' monell memorandum | 0.9 | 350 |
| 2/19/2018 | W. Most Overdetention | Review CHowns MSJ ruling; prepare memorandum on overdetention issues | 0.3 | 350 |
| 3/21/2018 | Meghsha Barner | 03-22 reviewing public records website and emailing with WBM about following up on requests, updating task list | 0.1 | 235 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing order on motion to dismiss | 0.5 | 235 |
| 03/29/2018 | Meghsha Barner | 03-29 downloading, saving, emailing, and reviewing second order on motion to dismiss | 0.2 | 235 |
| 4/10/2018 | William Most | Legal research re: QI and 48 hour rule; review other examples for Monell claim; prepare second amended complaint | 5.2 | 350 |
| 5/1/2018 | William Most | Legal research re: QI; prepare and file oppo to DOC Motion to Dismiss | 6.9 | 350 |
| 5/12/2018 | William Most | Legal research re: QI and other topics; prepare oppo to OPSO MTD | 3 | 350 |
| 5/12/2018 | William Most | Legal research re: overdetention and other topics; prepare oppo to OPSO MTD | 4.1 | 350 |
| 5/15/2018 | William Most | Legal research re: overdetention and other topics; prepare oppo to OPSO MTD | 6.5 | 350 |
| 5/18/2018 | William Most | REsearch and prepare and file request for oral argument | 0.3 | 350 |
| 6/20/2018 | William Most | Attend Oral Argument; discussion with opposing counsel | 2 | 350 |
| 8/15/2018 | William Most | Review court orders; corr. with opposing counsel and overdetention team; prepare chart of claims | 1.2 | 350 |
| 8/30/2018 | William Most | Corr. with opposing counsel re depos and status report/ file status report | 0.5 | 350 |
| 9/23/2018 | W. Most Overdetention | Review SPLC documents; corr. with MSB; download DOC FAQ | 0.5 | 350 |

| Date | Timekeeper | Description | Hours | Rate |
|---|---|---|---|---|
| 9/30/2018 | William Most | Review DOC documents; assemble timeline; corr. with Scott Centorinio | 0.8 | 350 |
| 10/21/2018 | W. Most Overdetention | Review ORM documents; prepare other examples memorandum | 0.5 | 350 |
| 11/20/2018 | William Most | Contact with OPSO cousnel; contact with court; fax to court re;: scheduling | 0.3 | 350 |
| 12/8/2018 | William Most | Review discovery requests; corr. with A. Hass; track down R. Grant; prepare discovery responses | 0.7 | 350 |
| 12/17/2018 | David Lanser | Obtaining transcripts, reviewing transcripts, scanning/uploading transcripts into Dropbox | 1.2 | 275 |
| 12/19/2018 | William Most | Review recording of phone call; corr. with B. Arcuri | 0.2 | 350 |
| 12/22/2018 | William Most | Review RFA responses; corr. with OC | 0.3 | 350 |
| 12/26/2018 | William Most | Review documents; corr. with A. Hass re: discovery; prepare discovery responses. | 1.6 | 350 |
| 12/27/2018 | William Most | Review documents; review Def's discovery responses; prepare discovery responses. | 0.5 | 350 |
| 3/8/2019 | W. Most Overdetention | Prepare 30(b)(6) topics; corr. with Vining | 0.8 | 350 |
| 3/9/2019 | W. Most Overdetention | Prep joint depo notice for LeBlanc; corr. with opposing counsel; prep for LeBlanc depo | 0.5 | 350 |
| 3/9/2019 | W. Most Overdetention | Prepare 30(b)(6) topics; corr. with Vining; prep LeBlanc topics | 0.5 | 350 |
| 5/31/2019 | W. Most Overdetention | Joint 30(b)(6) depo; travel to and conduct; meeting with OC | 4.5 | 350 |
| 6/20/2019 | William Most | Scheduling conference; review file | 0.2 | 350 |
| 7/24/2019 | David Lanser | Evaluating claims, evidence; adding to proof chart | 2.7 | 275 |
| 7/25/2019 | David Lanser | Drafting, sending analysis of discovery to William Most | 0.2 | 275 |
| 7/18/2019 | David Lanser | Reviewing discovery; creating spreadsheet to track discovery requests, responses | 3.4 | 275 |
| 9/15/2019 | William Most | Review discovery responses; prepare new discovery requests; prepare 30(b)(6) topics; corr. with OC about discovery plan | 0.8 | 350 |
| 9/15/2019 | William Most | Review discovery responses; prepare new discovery requests, esp as to infomation learned in the last year; prepare meet and confer topics; corr. with Beau Wheeler. | 1.4 | 350 |
| 9/16/2019 | William Most | Review RFAs and send proposals for admissions; meet and confer about discovery | 0.4 | 350 |
| 10/14/2019 | William Most | Review RFA responses; send meet and confer; search for documents for Beau | 0.3 | 350 |
| 12/4/2019 | William Most | Meet and confer call with Beau Wheeler and memorializing email | 0.1 | 350 |
| 12/4/2019 | William Most | Review discovery responses from DOC; prepare file | 0.2 | 350 |
| 12/4/2019 | William Most | Review Crittindon depositions and prep for 30b6 depositon | 0.9 | 350 |
| 12/4/2019 | W. Most Overdetention | Review Jackson resolution; send PRA re steps taken | 0.2 | 350 |
| 12/5/2019 | William Most | Prepare for 30(b)(6) and gusman deposition; review file, discovery; records produced; prepare quesitoning | 6.8 | 350 |
| 12/6/2019 | William Most | Review discovery and next steps; prepare DOC 30b6 topics | 0.2 | 350 |
| 12/6/2019 | William Most | Prep and send notice and subpoena for new 30b6 date; corr. with court reporter; corr with OC about date | 0.2 | 350 |
| 12/6/2019 | William Most | Prepare for deposition; attend deposition; subpoenaed witness no-shows | 1.8 | 350 |
| 12/8/2019 | William Most | Prepare for Gusman deposition; review discovery and research | 1.6 | 350 |
| 12/9/2019 | William Most | Prepare for and conduct Deposition of Marlin Gusman | 3 | 350 |
| 12/13/2019 | William Most | Prepare for and conduct OPSO 30b6 depo | 3.6 | 350 |

| Date | Attorney | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 1/31/2020 | William Most | Review discovery and pleadings; prepare exhibit list and witness list; prepare pdfs of exhibits in order to match exhibit list | 2.5 | 350 | 875 |
| 2/2/20 | William Most | Legal research and review depostion transcripts; review documents; prepare DOC MSJ and undisputed facts | 3.1 | 350 | 1085 |
| 2/2/2020 | William Most | Meeting with brief-reviewer; incorporate feedback; rearrange "standards" sections to be part of analysis; prepare timeline graphics | 3.2 | 350 | 1120 |
| 2/4/2020 | William Most | Prepare motion for summary judgment; review deposition transcripts; corr. with team; legal research | 3.2 | 350 | 1120 |
| 2/4/2020 | William Most | Prepare motion for summary judgment; review deposition transcripts; corr. with team; legal research | 3.2 | 350 | 1120 |
| 2/5/2020 | William Most | Review and revise MSJ based on feedback | 0.4 | 350 | 140 |
| 2/5/2020 | William Most | Legal research and review depostion transcripts; review documents; prepare OPSO MSJand undisputed factO | 0.5 | 350 | 175 |
| 2/5/2020 | David Lanser | Editing discovery responses; sending to William Most for review | 0.6 | 275 | 165 |
| 2/5/2020 | David Lanser | Finalizing edits to discovery responses; printing for visit tomorrow | 0.2 | 275 | 55 |
| 2/5/2020 | David Lanser | Reviewing, editing DOC Motion for Summary Judgment, including reviewing some referenced documents and authorities | 2.3 | 275 | 632.5 |
| 2/5/2020 | David Lanser | Reviewing, editing OPSO Motion for Summary Judgment and Amanda Hass edits, including reviewing some referenced documents and authorities | 1.4 | 275 | 385 |
| 2/5/2020 | David Lanser | Drafting Motion and Order to Enroll and sending to William Most for filing | 0.1 | 275 | 27.5 |
| 2/6/2020 | William Most | Legal research and review depostion transcripts; review documents; prepare OPSO MSJand undisputed factO; prepare diagrams | 0.9 | 350 | 315 |
| 2/6/2020 | David Lanser | Visiting Rodney Grant at OPSO to review discovery; sign Verification | 2 | 275 | 550 |
| 2/7/2020 | David Lanser | Finalizing discovery responses; compiling documents for production; sending to William Most for review | 0.7 | 275 | 192.5 |
| 2/7/2020 | David Lanser | Drafting letter to Rodney Grant; printing and compiling documents to send | 0.1 | 275 | 27.5 |
| 2/9/2020 | William Most | Prepare and file motion, MIS, notice of submission, dec, and exhibits in support of motion for spoliation sanctions | 2.8 | 350 | 980 |
| 2/10/2020 | William Most | Prepare and file motion to withdraw deemed admissions | 0.2 | 350 | 70 |
| 2/10/2020 | William Most | Prepare and file motion, MIS, notice of submission, dec, and exhibits in support of motion for summary judgment | 0.4 | 350 | 140 |
| 2/10/2020 | David Lanser | Editing Motion for Summary Judgment against OPSO, including reviewing all cited documents and case law | 5.4 | 275 | 1485 |

4

| Date | Name | Description | Hours | Rate | Total |
|---|---|---|---|---|---|
| 2/16/2020 | William Most | Prepare opposition to Motion for Summary Judgment; prepare response to undisputed facts; legal research re: custody | 3.1 | 350 | 1085 |
| 2/17/2020 | William Most | Prepare, revise, and file motion for sanctions; legal research regarding speaking objections | 0.8 | 350 | 280 |
| 2/22/2020 | William Most | Prepare reply ISO MSJ; legal research regarding Boddye, exhibits, and qualified immunity | 2.5 | 350 | 875 |
| 2/26/2020 | William Most | Legal research and analysis; prepare reply and motion for reply; prepare exhibits | 0.8 | 350 | 280 |
| 2/26/2020 | William Most | Prepare reply in support of Motion for Summary Judgment; legal research; meeting with team | 2.2 | 350 | 770 |
| 2/26/2020 | William Most | Prepare reply in support of Motion for Summary Judgment; legal research; meeting with team | 4.2 | 350 | 1470 |
| 2/26/2020 | David Lanser | Editing Reply Memorandum on Motion for Sanctions; legal research related to role of qualified immunity in this context; drafting new sections of Memo | 4.8 | 275 | 1320 |
| 2/26/2020 | David Lanser | Reviewing local rules and scheduling order; drafting motions for leave to file replies | 0.2 | 275 | 55 |
| 2/28/2020 | William Most | Jail visit with Rodney Grant to prep for trial and settlement hearing | 2.2 | 350 | 770 |
| 3/5/2020 | David Lanser | Reviewing Motion for Leave; checking submission dates, procedure | 0.2 | 275 | 55 |
| 3/5/2020 | David Lanser | Drafting, filing Opposition to Motion for Leave | 0.3 | 275 | 82.5 |
| 3/10/2020 | William Most | Prepare for MSJ and spolaition oral arguments; prepare breifing books | 4.5 | 350 | 1575 |
| 3/11/2020 | William Most | Prepare for and conductMSJ and spolaition oral arguments | 2.2 | 350 | 770 |
| 3/11/2020 | David Lanser | Reviewing case file; general trial prep | 2.6 | 275 | 715 |
| 3/30/2020 | David Lanser | Drafting motions in limine and legal reserch related to motions in limine and case file review | 2 | 275 | 550 |
| 3/31/2020 | David Lanser | Drafting motions in limine and legal reserch related to motions in limine and case file review | 1.9 | 275 | 522.5 |
| 4/2/2020 | David Lanser | Drafting motions in limine and legal reserch related to motions in limine and case file review | 2.1 | 275 | 577.5 |
| 5/15/2020 | W. Most Overdetention | Review Aucoin and other Heck decisions | 0.2 | 350 | 70 |
| 5/15/2020 | David Lanser | Drafting status report, sending to William Most for review | 0.3 | 275 | 82.5 |
| 5/15/2020 | David Lanser | Emailed copy of joint status report to opposing counsel | 0.1 | 275 | 27.5 |
| 5/15/2020 | David Lanser | Drafting Motion, MIS, and Order for motion to extend joint status report deadline | 0.3 | 275 | 82.5 |
| 5/15/2020 | David Lanser | Finalizing, filing Motion to extend deadline | 0.2 | 275 | 55 |
| 5/25/2020 | W. Most Overdetention | Review Crittindon depos and discovery documents; review strategic planning documents; corr. with teams; disclose documents to OC | 3.5 | 350 | 1225 |
| 7/24/2020 | W. Most Overdetention | REview documents and December 2019 House COmitteee video | 0.8 | 350 | 280 |
| 9/6/2020 | W. Most Overdetention | Review Crittindon appelllate briefing; prepare Master Proof Chart | 0.5 | 350 | 175 |
| 12/21/2020 | W. Most Overdetention | Review Crittindon 28(j) letter and review Castloo for impact on overdetention cases | 0.3 | 350 | 105 |

| | | | | | |
|---|---|---|---|---|---|
| 3/30/2021 | William Most | Review OPSO MSJ decision and prepare pre-trial order with excerpts | 0.5 | 350 | 175 |
| 3/31/2021 | William Most | Review DOC MSJ decision and corr. with team | 0.4 | 350 | 140 |
| 3/31/21 | Caroline Gabriel | Messaged with W. Most re visitation at OJC. Met with W. Most to discuss recent opinion and talking to Mr. Grant . | 0.6 | 250 | 150 |
| 3/31/21 | Caroline Gabriel | Reviewed order from EDLA re OPSO MSJ. Revewied court minutes from Orleans Parish crimnal court re current criminal case and sentence. | 0.8 | 250 | 200 |
| 3/31/21 | Caroline Gabriel | Messaged with Mr. Grant's public defender about current sentence and visitation at OJC. Finished reading court order on MSJ. | 0.8 | 250 | 200 |
| 3/31/21 | Caroline Gabriel | Prepared for jail visit; drove to jail and attempted to visit. Messaged public defender and learned his location; received informaiton on how to set up zoom call. Messaged W. Most updating on attempt to visit and zoom call. Attempted to contact jail. Sent email to jail requesting attorney zoom call of phone call. | 1.7 | 250 | 425 |
| 4/5/21 | Caroline Gabriel | Prepared for phone call. Messaged with W. Most re phone call | 0.1 | 250 | 25 |
| 4/5/21 | Caroline Gabriel | Call with Riverbend detention center to check on call. Prepared letter to request new phone call date. Faxed letter to Riverbend detention center with request. | 0.5 | 250 | 125 |
| 4/5/21 | Caroline Gabriel | Read and analyzed order on msj relating to DOC. | 1.3 | 250 | 325 |
| 4/20/2021 | William Most | Prepare for status conference; prepare chart of claims | 0.2 | 350 | 70 |
| 7/20/2021 | William Most | Legal research, review of appellants' brief, and prepare appellee's brief | 6.1 | 350 | 2135 |
| 7/22/2021 | William Most | Legal research, review of appellants' brief, and prepare appellee's brief; review ROA | 6 | 350 | 2100 |
| 7/23/2021 | William Most | Legal research about appellate jurisdiciton; draft and add section on lack of jurisdiction | 0.7 | 350 | 245 |
| 7/26/2021 | William Most | Incorporate feedback into brief; addition of ROA citations; check for local rule compliance; finalize and file | 2.4 | 350 | 840 |
| 7/26/21 | Caroline Gabriel | Continued to edit reply to appeal from denial of qualified immunity for Leblanc. | 2.5 | 250 | 625 |
| 8/14/2021 | W. Most Overdetention | Review humphrey hot docs for all cases and prepare master timeline for all cases of overdetention story | 3.9 | 350 | 1365 |
| 9/23/2021 | W. Most Overdetention | Review Sosa v. Martin county and update master memoranduum | 0.5 | 350 | 175 |
| 10/24/2021 | William Most | Review briefing and factual material; prepare for oral argument | 0.6 | 350 | 210 |
| 10/28/2021 | William Most | Oral arguemnt prep, including legal research, review of record, review of briefs, team consultation, etc. | 5.8 | 350 | 2030 |
| 10/29/2021 | William Most | Prepare for oral argument and conduct moot with Casey Denson and Emily Washington | 3.1 | 350 | 1085 |

| 10/31/2021 | William Most | Oral arguemnt prep, including legal research, review of record, review of briefs, etc. | 6.1 | 350 | 2135 |
|---|---|---|---|---|---|
| 1/18/2022 | William Most | Review audio of oral argument and compare to depo transcripts; corr. with Ben Wallace | 0.6 | 350 | 210 |
| 2/3/2022 | David Lanser | Reviewing Rodney Grant decision, some cited filings | 0.4 | 275 | 110 |
| 6/24/2022 | William Most | Draft and send Written corr. to Marlin Gusman; letter and emails | 0.4 | 350 | 140 |
| 6/24/2022 | William Most | Prepare and file motion to reopen, lift stay, and set scheduling conf | 0.7 | 350 | 245 |
| 6/24/2022 | William Most | Review file to get back up to speed on facts, procedural posture, etc.; review live claims and prep chart of claims | 1.2 | 350 | 420 |
| 6/28/2022 | W. Most Overdetention | Review crittindon petition for rehearing; corr. with E. Washington about impact | 0.4 | 350 | 140 |
| 7/9/2022 | W. Most Overdetention | Research regarding OPSO statement; corr. with OPSO about overdetained persons | 0.8 | 350 | 280 |
| 7/12/2022 | W. Most Overdetention | Review Harris v. Clay County and draft case brief | 0.4 | 350 | 140 |
| 7/21/2022 | W. Most Overdetention | Review hot docs for origin of Six Sigma; prepare knowledge of LeBlanc memorandum | 0.3 | 350 | 105 |
| 8/25/2022 | W. Most Overdetention | Review Harris amended opinion; corr. with team | 0.4 | 350 | 140 |
| 9/5/2022 | William Most | Legal research regarding motion for reconsideration and law of the case; prepare and file MSJ for Marlin Gusman | 4.5 | 350 | 1575 |
| 9/6/2022 | William Most | Assemble documents for OC and prepare for meeting; review discovery | 0.5 | 350 | 175 |
| 9/14/2022 | William Most | Prepare declaration and notice; compile factual basis of Gusman's actual knowledge; file notice and supporting evidence | 0.9 | 350 | 315 |
| 10/23/2022 | William Most | Prepare and send fee declarations to witnesses | 1.1 | 350 | 385 |
| 10/23/2022 | William Most | Legal reserch regarding standards for attorneys fees; prepare memorandum in support of motion for attorneys fees | 1.5 | 350 | 525 |
| 11/8/2022 | William Most | Prepare memorandum in support of attorensy fees; compile comparable cases; legal research about Johnson factors | 2.4 | 350 | 840 |
| 11/14/2022 | William Most | Legal research on sample fee petiitons; work on section on adjusting fees and prepare Johnson section | 1.9 | 350 | 665 |