UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY GRANT | * | CIVIL ACTION |
| | * | |
| | * | |
| VERSUS | * | NUMBER: 17-02797 |
| | * | |
| | * | SECTION "G" |
| | * | JUDGE JOLIVETTE BROWN |
| MARLIN GUSMAN, ET AL. | * | |
| | * | MAGISTRATE "3" |
| | * | JUDGE DOUGLAS |
| | * | |

* * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 3 --ADMINISTRATIVE TASKS

| Date | Team Member | Description | Hours | Rate | Sum | | Total |
|---|---|---|---|---|---|---|---|
| 2/22/2017 | William Most | Phone call with R. Grant; prepare documents for transmittal | 0.4 | 350 | 140 | | 140 |
| 4/2/2017 | William Most | Prepare complaint; prepare civil cover sheet; prepare summons; file case; correspondence with co-counsel | 1.8 | 350 | 630 | | 630 |
| 6/8/2017 | William Most | Prepare service package | 0.3 | 350 | 105 | | 105 |
| 6/14/2017 | William Most | Prepare and file First Amended Complaint; prepare waiver forms | 0.5 | 350 | 175 | | 175 |
| 6/16/2017 | William Most | Pay Ouachita Investigative Services, LLC to serve LaSalle and Warden Stinson | 0.1 | 350 | 35 | **35** | 0 |
| 8/16/2018 | Meghsha Barner | 08-16 hiring slyfox for subpoena to Jeff Landry | 0.5 | 235 | 117.5 | **50** | 67.5 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| RODNEY GRANT | * | CIVIL ACTION |
| | * | |
| VERSUS | * | NUMBER: 17-02797 |
| | * | |
| | * | SECTION "G" |
| | * | JUDGE JOLIVETTE BROWN |
| MARLIN GUSMAN, ET AL. | * | |
| | * | MAGISTRATE "3" |
| | * | JUDGE DOUGLAS |

* * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 3 --ADMINISTRATIVE TASKS

| Date | Name | Task | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|
| 8/24/2018 | Meghsha Barner | 08-24 communicating w Sly Fox about subpoena service | 0.1 | 235 | 23.5 | | 23.5 |
| 9/26/2018 | William | Corr. with S. Centorino | 0.1 | 350 | 35 | | 35 |
| 9/27/2018 | Meghsha Barner | 09-27 getting transcripts of sentencing hearing | 0.5 | 235 | 117.5 | | 117.5 |
| 9/28/2018 | Meghsha Barner | 09-28 getting transcripts of sentencing hearing, checking timeline and documents after speaking to Section H Court Reporter | 1 | 235 | 235 | | 235 |
| 10/1/2018 | Meghsha Barner | 10-01 drafting and printing letter for transcripts | 0.4 | 235 | 94 | | 94 |
| 10/3/2018 | Meghsha Barner | 10-03 emailing Section H re transcripts | 0.1 | 235 | 23.5 | | 23.5 |
| 11/30/2018 | David Lanser | Went to Orleans Criminal District Court Section H to request transcripts | 0.4 | 275 | 110 | | 110 |
| 1/2/2019 | David Lanser | Following up with court reporter and Megsha Barner re: transcript deposit checks | 0.2 | 275 | 55 | | 55 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 3 --ADMINISTRATIVE TASKS

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/8/2019 | W. Most Overdetention | Corr. about Feb 2019 Pull with Vining and Gary | 0.2 | 350 | 70 | | 70 |
| 12/26/2019 | William Most | Prepare and serve subpoena and notice of deposition for Amacker & Holt; prepare email to that effect | 0.2 | 350 | 70 | | 70 |
| 1/19/2020 | W. Most Overdetention | Scan and review documents from Ellis | 0.6 | 350 | 210 | | 210 |
| 1/28/2020 | David Lanser | Drafting letter to Rodney Grant; compiling documents to mail | 0.2 | 275 | 55 | | 55 |
| 1/28/2020 | David Lanser | Drafting responses to discovery requests | 1.8 | 275 | 495 | | 495 |
| 2/7/2020 | David Lanser | Finalizing discovery responses; compiling documents for production; sending to William Most for review | 0.7 | 275 | 192.5 | | 192.5 |
| 3/31/2020 | David Lanser | Revieiwng updated scheduling order | 0.1 | 275 | 27.5 | | 27.5 |
| 5/15/2020 | David Lanser | Emailed copy of joint status report to opposing counsel | 0.1 | 275 | 27.5 | | 27.5 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 3 --ADMINISTRATIVE TASKS

| Date | Name | Task | | | | | |
|---|---|---|---|---|---|---|---|
| 9/15/2020 | William Most | Calendar pre-trial dates | 0.3 | 350 | 105 | 105 | 0 |
| 4/1/21 | Caroline Gabriel | Prepared mail to send to detention center. | 0.2 | 250 | 50 | | 50 |