UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 4-- ASSOCIATE LEVEL BILLING

| Date | Team Member | Description | Hours | Rate | Sum | | Total |
|---|---|---|---|---|---|---|---|
| 7/20/2017 | William Most | Legal research and analysis; prepare opposition to OPSO MTD | 5.1 | 350 | 1785 | | 1785 |
| 7/21/2017 | William Most | Legal research and analysis; prepare opposition to OPSO MTD | 4.3 | 350 | 1505 | | 1505 |
| 7/22/2017 | William Most | Legal research and analysis; prepare opposition to OPSO MTD | 9.1 | 350 | 3185 | | 3185 |
| 7/23/2017 | William Most | Legal research and analysis; prepare opposition to OPSO MTD | 5.6 | 350 | 1960 | | 1960 |
| 7/26/2017 | William Most | Legal research and analysis; prepare opposition to DOC MTD | 4.5 | 350 | 1575 | | 1575 |
| 7/27/2017 | William Most | Legal research and analysis; prepare opposition to DOC MTD | 6.1 | 350 | 2135 | | 2135 |
| 7/28/2017 | William Most | Legal research and analysis; prepare opposition to DOC MTD; file opposition | 0.5 | 350 | 175 | | 175 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 4-- ASSOCIATE LEVEL BILLING

| Date | Attorney | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|
| 9/5/2018 | William Most | Phone call with Dept. of Admin general counsel re: subpoenas | 0.2 | 350 | 70 | | 70 |
| 10/8/2018 | William Most | Prepare discovery requests; document review | 3.4 | 350 | 1190 | | 1190 |
| 10/9/2018 | William Most | Prepare discovery requests; document review; send requests | 0.4 | 350 | 140 | | 140 |
| 10/9/2018 | William Most | Prepare discovery requests; document review; send requests | 3.1 | 350 | 1085 | | 1085 |
| 12/19/2018 | William Most | Legal research and analysis re: Blacke's threat to send Rodney back to jail; prepare and send letter | 1.6 | 350 | 560 | | 560 |
| 5/15/2019 | W. Most Overdetention | Prepare for joint depositions; corr. with opposing counsel | 0.3 | 350 | 105 | | 105 |
| 5/26/2019 | W. Most Overdetention | Doc review of documents produced at LeBlanc depo | 1.1 | 350 | 385 | | 385 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY GRANT**            *     **CIVIL ACTION**
                               *
                               *
**VERSUS**                          *     **NUMBER: 17-02797**
                               *
                               *     **SECTION "G"**
                               *     **JUDGE JOLIVETTE BROWN**
**MARLIN GUSMAN, ET AL.**      *
                               *     **MAGISTRATE "3"**
                               *     **JUDGE DOUGLAS**
                               *
* * * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 4-- ASSOCIATE LEVEL BILLING

| Date | Attorney | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|
| 5/30/2019 | W. Most Overdetention | Prepare for joint depositions; corr. with opposing counsel | 3.1 | 350 | 1085 | | 1085 |
| 11/2/2019 | William Most | Prepare and send 3rd Interrs to Hooper | 0.1 | 350 | 35 | | 35 |
| 11/2/2019 | William Most | Document review of documents provided by DOC in discovery | 1.1 | 350 | 385 | | 385 |
| 12/17/2019 | William Most | Review discovery; send out discovery requests | 0.2 | 350 | 70 | | 70 |
| 1/5/2020 | William Most | Prepare and send requests for production | 0.1 | 350 | 35 | | 35 |
| 1/14/2020 | William Most | Prepare notes for spoliation deposition; prepare topics; corr. with OC; prepare and serve notice and subpoenas | 0.3 | 350 | 105 | | 105 |
| 1/19/2020 | W. Most Overdetention | Scan and review documents from Ellis | 0.6 | 350 | 210 | | 210 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**RODNEY GRANT**  *  CIVIL ACTION
  *
  *
**VERSUS**  *  NUMBER: 17-02797
  *
  *  SECTION "G"
  *  JUDGE JOLIVETTE BROWN
**MARLIN GUSMAN, ET AL.**  *
  *  MAGISTRATE "3"
  *  JUDGE DOUGLAS
  *

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# EXHIBIT 4-- ASSOCIATE LEVEL BILLING

| 1/21/2020 | William Most | Refile motion for leave to amend | 0.2 | 350 | 70 | | 70 |
|---|---|---|---|---|---|---|---|
| 1/21/2020 | William Most | Prepare and file motion to compel | 0.9 | 350 | 315 | | 315 |
| 1/29/2020 | William Most | Update initial disclosures | 0.3 | 350 | 105 | | 105 |
| 1/30/2020 | W. Most Overdetention | Trip from CDC | 0.3 | 350 | 105 | | 105 |
| 2/3/2020 | William Most | Prepare and file motion for excess pages | 0.3 | 350 | 105 | | 105 |
| 2/11/2020 | William Most | Review DOC MSJ | 0.2 | 350 | 70 | | 70 |
| 2/11/2020 | William Most | Prepare and file revised motion to withdraw admissions | 0.2 | 350 | 70 | | 70 |
| 2/11/2020 | William Most | Review OPSO MSJ | 0.2 | 350 | 70 | | 70 |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | * | **CIVIL ACTION** |
| | * | |
| | * | |
| **VERSUS** | * | **NUMBER: 17-02797** |
| | * | |
| | * | **SECTION "G"** |
| | * | **JUDGE JOLIVETTE BROWN** |
| **MARLIN GUSMAN, ET AL.** | * | |
| | * | **MAGISTRATE "3"** |
| | * | **JUDGE DOUGLAS** |
| | * | |

* * * * * * * * * * * * * * * * * * * * *

# EXHIBIT 4-- ASSOCIATE LEVEL BILLING

| Date | Attorney | Description | Hours | Rate | Amount | | Total |
|---|---|---|---|---|---|---|---|
| 2/17/2020 | William Most | Prepare, revise, and file motion for sanctions; legal research regarding speaking objections | 0.8 | 350 | 280 | | 280 |
| 2/19/2020 | William Most | Corr. with Beau re: discovery | 0.2 | 350 | 70 | | 70 |
| 7/8/2020 | William Most | Amended initial disclosures | 0.2 | 350 | 70 | | 70 |
| 3/4/2021 | W. Most Overdention | Listen to oral argument of Crittindon v. Gusman | 0.5 | 350 | 175 | | 175 |
| 9/27/2022 | William Most | Edit, finalize, and transmit letter about resolution of hours | 0.2 | 350 | 70 | | 70 |