William Most <williammost@gmail.com>

## Grant v. Gusman: Acceptance of Offer

**William Most** <williammost@gmail.com>                                       Fri, Sep 23, 2022 at 4:38 PM
To: "Bosworth, Graham" <Bosworthg@opso.us>, "Williams, Isaka" <williamsis@opso.us>

Graham and Isaka,

Thank you for speaking with me earlier. In that call, we articulated that the remaining Defendants in *Grant v. Gusman* (i.e., the OPSO defendants plus Mr. Gusman) are offering Mr. Grant either of two options:

> **Option 1:** $25,000 in damages plus an agreement that Mr. Grant is the prevailing party for the purpose of attorneys fees and costs. The attorneys fees would be negotiated by the parties and put to the court in a fee petition in the event that the parties cannot reach agreement.
>
> **Option 2:** $32,854.21 in damages plus attorneys fees and costs, but the damages amount would be contingent on the parties negotiating and reaching agreement on attorneys fees and costs.

You made clear that these options would be in exchange for full dismissal of the case against all remaining defendants, including Mr. Gusman.

For Option 1, you said there is not an explicit timeline on payment, but you said you did not see any reason why the resolution of the fees/costs should hold up payment of the damages to Mr. Grant, subject of course to the OPSO's budget process.

I spoke to Mr. Grant. He accepted Option 1.

Attached is a notice of settlement. Let me know if you have any redlines to it, and please either add your signature or authorize me to add your /s/. I'll then file it.

I think out of an abundance of caution we should also file the joint status report, so attached is an abbreviated version that reflects the settlement. Let me know any redlines.

Thank you,

William

--
William Most
Most & Associates
mostandassociates.com
(504) 509-5023

**2 attachments**

 **2022.9.23 - Notice of Settlement.docx**
29K

 **2022.9.23 - Joint Status Report Grant.docx**
31K