UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | : | **CIVIL ACTION** |
| | : | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | : | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | : | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**EX PARTE MOTION FOR LEAVE TO FILE REPLY IN SUPPORT OF MOTION FOR ATTORNEYS FEES AND COSTS**

COMES NOW, Plaintiff, by and through undersigned counsel to file, pursuant to Local Rule 7.4, this *Motion for Leave to File Reply* regarding Defendants Gusman, Amacker, and Holt's opposition to *Plaintiff's Motion for Attorneys Fees and Costs*. (Defendant Sheriff Hutson did not file an opposition.) A reply brief, within the page limits imposed in Local Rule 7.7, will allow Plaintiff to clarify the factual and legal issues surrounding the motion, including arguments by the Defendants that have been previously rejected by this Court.

WHEREFORE, Plaintiff respectfully requests that this Court grant leave to file the attached reply memorandum pursuant to Local Rule 7.4.

Respectfully submitted,

*/s/ William Most*_____
WILLIAM MOST (La. Bar No. 36914)
CAROLINE GABRIEL (La. Bar No. 38224)
DAVID LANSER (La. Bar No. 37764)
201 St. Charles Ave., Ste. 114 #101
New Orleans, LA 70170
Tel: (504) 509-5023
Email: williammost@gmail.com

*Attorneys for Plaintiff Rodney Grant*

1