## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **RODNEY GRANT** | **:** | **CIVIL ACTION** |
| | **:** | **NO. 2:17-CV-2797 "G" (3)** |
| **VERSUS** | | |
| | **:** | **CHIEF JUDGE BROWN** |
| **MARLIN GUSMAN, ET AL.** | **:** | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Having duly considered Plaintiff's *Ex Parte Motion for Leave to File Reply* and the

arguments regarding it, IT IS HEREBY ORDERED that the Motion is GRANTED.

The pleadings and exhibits attached to Plaintiff's motion shall be entered into the record.


New Orleans, this _____ day of _____, 2022.


_____
CHIEF JUDGE
EASTERN DISTRICT OF LOUISIANA