UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **RODNEY GRANT** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-2797** |
| **MARLIN GUSMAN et al.** | **SECTION: "G"** |

## ORDER

Considering Plaintiff Rodney Grant's ("Plaintiff") "Motion for Leave to File Reply in Support of Motion for Attorneys Fees and Costs,"[1]

**IT IS HEREBY ORDERED** that Plaintiff's motion is **GRANTED** and that the supplemental memorandum accompanying Plaintiff's motion is filed into the record.

**NEW ORLEANS, LOUISIANA**, this  28th  day of December, 2022.

_____
**NANNETTE JOLIVETTE BROWN**
**CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**

---

[1] Rec. Doc. 266.

1